**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| OXFORD GENE TECHNOLOGY IP LIMITED, | ) ) ) |
| *Plaintiff*, | ) ) | Civil Action No. 08- _____ |
| v. | ) ) |
| BIOARRAY SOLUTIONS LTD., | ) ) | **JURY TRIAL DEMANDED** |
| *Defendant*. | ) ) ) |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Oxford Gene Technology IP Limited ("Oxford Gene Technology") for its complaint against Defendant BioArray Solutions Ltd. ("Bioarray") hereby demands a jury trial and alleges as follows:

## NATURE OF THE ACTION

1.      This is a civil action for infringement of three United States Patents (collectively, "the Patents-in-Suit").  This action is based upon the patent laws of the United States, 35 U.S.C. § 1 *et seq.*

## THE PARTIES

2.      Plaintiff Oxford Gene Technology is a limited liability company organized under the laws of England and Wales with its registered office and corporate headquarters at Begbroke Science Park, Sandy Lane, Yarntown, Oxford, OX5 1PF.

3.      On information and belief Defendant Bioarray is a corporation organized under the laws of the state of Delaware with an office and principal place of business located at 35 Technology Dr., Suite 100, Warren, New Jersey 07059.

**JURISDICTION AND VENUE**

4.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.      This Court has personal jurisdiction over Bioarray because Bioarray is incorporated in the State of Delaware and has purposefully availed itself of the privilege of conducting activities within this State and District.

6.      Venue is proper in this District under 28 U.S.C. §§ 1391(b)–(c) and 1400(b) because Bioarray is subject to personal jurisdiction in this District.

**FACTS COMMON TO ALL COUNTS**

7.      Bioarray has made, used, offered to sell, sold, contributed to the use by others of, or induced the use by others of, and continues to make, use, offer to sell, sell, contribute to the use by others of, and induce the use by others of Bioarray's "Beadchip™ products.

8.      United States Patent No. 6,307,039 ("the '039 patent"), entitled "Method for Analyzing a Polynucleotide Containing a Variable Sequence and a Set or Array of Oligonucleotides Therefor," was duly and legally issued on October 23, 2001 to Southern et al. A copy of the '039 patent is attached hereto as Exhibit 1.

9.      United States Patent No. 6,770,751 ("the '751 patent"), entitled "Method for Analysing a Polynucleotide Containing a Variable Sequence and a Set or Array of Oligonucleotides Therefor," was duly and legally issued on August 3, 2004 to Southern et al.  A copy of the '751 patent is attached hereto as Exhibit 2.

10.     United States Patent No. 7,192,707 ("the '707 patent"), entitled "Method for Analyzing Polynucleotide Targets Using Tethered Oligonucleotide Probes," was duly and legally

issued on March 20, 2007 to Southern et al. A copy of the '707 patent is attached hereto as Exhibit 3.

11.    Each of the Patents-in-Suit was duly and legally assigned to Oxford Gene Technology, and Oxford Gene Technology owns each of the Patents-in-Suit with the right to sue, enforce, and recover damages, including past damages, for all infringements of each of the Patents-in-Suit.

## COUNT I - INFRINGEMENT OF THE '039 PATENT

12.    Paragraphs 1 through 11 are incorporated by reference as though fully stated herein.

13.    The '039 patent is valid and enforceable.

14.    Bioarray has infringed, and is still infringing, either literally or under the doctrine of equivalents, at least one claim of the '039 patent in this District and elsewhere by making, using, importing, offering for sale, and/or selling its products, including at least its Beadchip™ products.

15.    Bioarray has induced, and still is inducing, the infringement of the '039 patent in this District and elsewhere by selling products, including at least its Beadchip™ products, that when used as intended and directed by Bioarray, infringe at least one claim of the '039 patent, either literally or under the doctrine of equivalents.

16.    Bioarray has contributed to, and still is contributing to, the infringement of the '039 patent in this District and elsewhere by selling products, including at least its Beadchip™ products, that are non-staple items that are not suitable for substantial non-infringing uses and that, when used as intended and directed by Bioarray, infringe at least one claim of the '039 patent, either literally or under the doctrine of equivalents.

3

17.    On information and belief, Bioarray's infringement, active inducement of others' infringement, and/or contributory infringement of the '039 patent has taken place with full knowledge of the '039 patent and has been intentional, deliberate, and willful.

18.    Oxford Gene Technology has been damaged by Bioarray's infringement of the '039 patent.

19.    On information and belief, Bioarray will continue to infringe, actively induce others' infringement, and/or contributorily infringe the '039 patent.  Oxford Gene Technology will thereby suffer irreparable injury, unless and until this Court enjoins Bioarray's infringement.

## COUNT II - INFRINGEMENT OF THE '751 PATENT

20.    Paragraphs 1 through 11 are incorporated by reference as though fully stated herein.

21.    The '751 patent is valid and enforceable.

22.    Bioarray has infringed, and is still infringing, either literally or under the doctrine of equivalents, at least one claim of the '751 patent in this District and elsewhere by making, using, importing, offering for sale, and/or selling its products, including at least its Beadchip™ products.

23.    Bioarray has induced, and still is inducing, the infringement of the '751  patent in this District and elsewhere by selling products, including at least its Beadchip™ products, that when used as intended and directed by Bioarray, infringe at least one claim of the '751 patent, either literally or under the doctrine of equivalents.

24.    Bioarray has contributed to, and still is contributing to, the infringement of the '751 patent in this District and elsewhere by selling products, including at least its Beadchip™ products, that are non-staple items that are not suitable for substantial non-infringing uses and

4

that, when used as intended and directed by Bioarray, infringe at least one claim of the '751 patent, either literally or under the doctrine of equivalents.

25.    On information and belief, Bioarray's infringement, active inducement of others' infringement, and/or contributory infringement of the '751 patent has taken place with full knowledge of the '751 patent and has been intentional, deliberate, and willful.

26.    Oxford Gene Technology has been damaged by Bioarray's infringement of the '751 patent.

27.    On information and belief, Bioarray will continue to infringe, actively induce others' infringement, and/or contributorily infringe the '751 patent.  Oxford Gene Technology will thereby suffer irreparable injury, unless and until this Court enjoins Bioarray's infringement.

## <u>COUNT III - INFRINGEMENT OF THE '707 PATENT</u>

28.    Paragraphs 1 through 11 are incorporated by reference as though fully stated herein.

29.    The '707 patent is valid and enforceable.

30.    Bioarray has infringed, and is still infringing, either literally or under the doctrine of equivalents, at least one claim of the '707 patent in this District and elsewhere by making, using, importing, offering for sale, and/or selling its products, including at least its Beadchip™ products.

31.    Bioarray has induced, and still is inducing, the infringement of the '707  patent in this District and elsewhere by selling products, including at least its Beadchip™ products, that when used as intended and directed by Bioarray, infringe at least one claim of the '707 patent, either literally or under the doctrine of equivalents.

32.     Bioarray has contributed to, and still is contributing to, the infringement of the '707 patent in this District and elsewhere by selling products, including at least its Beadchip™ products, that are non-staple items that are not suitable for substantial non-infringing uses and that, when used as intended and directed by Bioarray, infringe at least one claim of the '707 patent, either literally or under the doctrine of equivalents.

33.     On information and belief, Bioarray's infringement, active inducement of others' infringement, and/or contributory infringement of the '707 patent has taken place with full knowledge of the '707 patent and has been intentional, deliberate, and willful.

34.     Oxford Gene Technology has been damaged by Bioarray's infringement of the '707 patent.

35.     On information and belief, Bioarray will continue to infringe, actively induce others' infringement, and/or contributorily infringe the '707 patent.  Oxford Gene Technology will thereby suffer irreparable injury, unless and until this Court enjoins Bioarray's infringement.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Oxford Gene Technology prays that this Court:

A.      Enter a judgment that Bioarray has infringed, actively induced others to infringe, and/or contributorily infringed the Patents-in-Suit;

B.      Award Oxford Gene Technology damages in an amount sufficient to compensate Oxford Gene Technology for Bioarray's infringement, active inducement of others' infringement, and/or contributory infringement of the Patents-in-Suit, but not less than a reasonable royalty;

C.      Award Oxford Gene Technology prejudgment interest pursuant to 35 U.S.C. § 284;

D.    Award Oxford Gene Technology increased damages, pursuant to 35 U.S.C. § 284, in an amount not less than three times the amount of actual damages awarded to Oxford Gene Technology, by reason of Bioarray's willful infringement of the Patents-in-Suit;

E.    Enter a permanent injunction enjoining Bioarray, its officers, directors, servants, managers, employees, agents, attorneys, successors and assignees, and all persons in active concert or participation with any of them, from further acts of infringement of the Patents-in-Suit, pursuant to 35 U.S.C. § 283;

F.    Declare this case exceptional under 35 U.S.C. § 285 and award Oxford Gene Technology its reasonable attorneys' fees, expenses, and costs incurred in prosecuting this action; and

G.    Grant Oxford Gene Technology such other and further relief as this Court may deem just and proper.

## JURY DEMAND

Oxford Gene Technology hereby demands a jury trial on all issues appropriately triable by a jury.

Dated: May 28, 2008

_/s/ Richard K. Herrmann_
Richard K. Herrmann #405
Mary B. Matterer #2696
Amy Arnott Quinlan #3021
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware   19801-1494
302-888-6800
rherrmann@morrisjames.com

Of Counsel:

KIRKLAND & ELLIS LLP
Bryan S. Hales (6243060 (IL))
Adam R. Brausa (6292447 (IL))
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
Telephone:  312-861-2000
Facsimile:  312-861-2200
bhales@kirkland.com
abrausa@kirkland.com

_Counsel for Plaintiff_
_Oxford Gene Technology IP Limited_

# EXHIBIT   1

Case 1:08-cv-00320-SLR    Document 1-2    Filed 05/28/2008    Page 2 of 18

US006307039B1

(12) **United States Patent**
Southern et al.

(10) Patent No.: **US 6,307,039 B1**
(45) Date of Patent: **Oct. 23, 2001**

(54) **METHOD FOR ANALYZING A POLYNUCLEOTIDE CONTAINING A VARIABLE SEQUENCE AND A SET OR ARRAY OF OLIGONUCLEOTIDES THEREFOR**

(75) Inventors: **Edwin Mellor Southern**, Kidlington; **Clare Elizabeth Pritchard**, Abingdon; **Stephen Charles Case-Green**, Oxford, all of (GB)

(73) Assignee: **Oxford Gene Technology Limited**, Oxford (GB)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/502,778**

(22) Filed: **Feb. 11, 2000**

**Related U.S. Application Data**

(62) Division of application No. 08/930,798, filed as application No. PCT/GB96/00848 on Apr. 9, 1996, now Pat. No. 6,150,095.

(30) **Foreign Application Priority Data**

Apr. 9, 1996    (GB) .................................... 9507238

(51) Int. Cl.[7] .................................... G07H 21/04
(52) U.S. Cl. .................................... 536/24.3
(58) Field of Search .......................... 536/24.3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,797,355 | 1/1989 | Stabinsky | 435/6 |
| 5,348,853 | 9/1994 | Wang et al. | 435/6 |
| 5,679,524 | 10/1997 | Nikiforov et al. | 435/6 |
| 5,700,637 | 12/1997 | Southern | 435/6 |
| 5,723,320 | 3/1998 | Dehlinger | 435/91.1 |
| 5,759,779 | 6/1998 | Dehlinger | 435/6 |
| 5,800,994 | 9/1998 | Martinelli et al. | 435/6 |
| 5,858,659 | 1/1999 | Sapolsky et al. | 435/6 |
| 5,981,176 * | 11/1999 | Wallace | 435/6 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 185 494 | 6/1986 | (EP) . |
| 0 246 864 | 11/1987 | (EP) . |
| 0 552 545 A1 | 7/1993 | (EP) . |
| 89/10977 | 11/1989 | (WO) . |
| 93/25563 | 12/1993 | (WO) . |
| 94/11530 | 5/1994 | (WO) . |
| 95/04160 | 2/1995 | (WO) . |
| 95/09248 | 4/1995 | (WO) . |
| 95/27078 | 10/1995 | (WO) . |

OTHER PUBLICATIONS

J. Prosser, "Detecting Single–Base Mutations", Trends in Biotechnology, vol. 11, pp. 238–246, Jun. 1993.

* cited by examiner

*Primary Examiner*—Kenneth R. Horlick
(74) *Attorney, Agent, or Firm*—Wenderoth, Lind & Ponack, L.L.P.

(57) **ABSTRACT**

A method of analyzing a polynucleotide target involves incubating the target with an oligonucleotide probe, generally an array of immobilised oligonucleotide probes, to form a duplex, and using ligase or polymerase to extend one chain of the duplex. A point mutation or variable number tandem repeat section may be analyzed. Arrays of immobilised oligonucleotides are provided for use in the method.

**6 Claims, 7 Drawing Sheets**



# FIG. 1

### DETECTION OF POINT MUTATION BY SINGLE BASE EXTENSION



# FIG. 2

DETECTION OF POINT MUTATION BY HYBRIDISATION TO ASOs
AND CHAIN EXTENSION





# FIG. 3

### A. DETECTION OF POINT MUTATION BY TAG LIGATION TO ASOs



### B. DETECTION OF POINT MUTATION BY LIGATION TO LIBRARY OF DIFFERENTIALLY TAGGED ASOs



# FIG. 4a

ANALYSIS OF VNTRs BY LIGATION OF TAG TO ALLELIC VARIANTS

A. TARGET REPEATS EQUAL PROBE



B. TARGET REPEATS MORE THAN PROBE



C. TARGET REPEATS LESS THAN PROBE



# FIG. 4b

ANALYSIS OF VNTRs BY LIGATION OF TAG TO ALLELIC VARIANTS

A. TARGET REPEATS EQUAL PROBE



B. TARGET REPEATS MORE THAN PROBE



C. TARGET REPEATS LESS THAN PROBE



# FIG. 5

## MEASUREMENT OF VNTRs BY LABELLED CHAIN EXTENSION



NUMBER OF REPEATS
PROPORTIONAL TO */o

# FIG. 6

ANALYSIS OF VNTRs BY LIGATION OF TAG FOLLOWED BY CHAIN EXTENSION



US 6,307,039 B1

1

# METHOD FOR ANALYZING A POLYNUCLEOTIDE CONTAINING A VARIABLE SEQUENCE AND A SET OR ARRAY OF OLIGONUCLEOTIDES THEREFOR

This application is a divisional of application Ser. No. 08/930,798, U.S. Pat. No. 6,150,095, which is a 371 of PCT/GB96/00848 filed Apr. 9, 1996 U.S. Pat. No. 6,150, 095.

## BACKGROUND OF THE INVENTION

Detection of variation in DNA sequences forms the basis of many applications in modern genetic analysis: it is used in linkage analysis to track disease genes in human pedigrees or economically important traits in animal and plant breeding programmes; it forms the basis of fingerprinting methods used in forensic and paternity testing [Krawczak and Schmidtke, 1994]; it is used to discover mutations in biologically and clinically important genes [Cooper and Krawczak, 1989]. The importance of DNA polymorphism is underlined by the large number of methods that have been developed to detect and measure it [Cotton, 1993]. Most of these methods depend on one of two analytical procedures, gel electrophoresis or molecular reassociation, to detect sequence variation. Each of these powerful procedures has its drawbacks. Gel electrophoresis has very high resolving power, and is especially useful for the detection of variation in the mini- and microsatellite markers that are used in linkage analysis and fingerprinting; it is also the method used to analyse the variation found in the triplet repeats that cause a number of mutations now known to be the cause of around ten genetic disorders in humans [Willems, 1994]. Despite its great success and widespread use, gel electrophoresis has proved difficult to automate: even the systems which automate data collection require manual gel preparation; and as samples are loaded by hand, it is easy to confuse samples. The continuous reading electrophoresis machines are expensive, and manual analysis is technically demanding, so that its use is confined to specialised laboratories which have a high throughput. Furthermore, difficulties in measuring fragment size preclude rigorous statistical analysis of the results.

By contrast, oligonucleotide hybridisation lends itself to automation and to quantitative analysis [Southern et al., 1992], but it is not well suited to the analysis of variation in the number of repeats in the micro- and minisatellites, as the small fractional change in the number of repeats produces a barely detectable change in signal strength; and of course it would not be possible to distinguish two alleles in the same sample as each would contribute to a single intensity measurement. Thus, many different combinations of alleles would produce the same signal. Present hybridisation methods are much better suited to analysing variation in the DNA due to point mutation—base substitution deletions and insertions, for which it is possible to design allele specific oligonucleotides (ASOs) that recognise both the wild type and the mutant sequences [Conner et al., 1983]. Thus it is possible in principle, in a relatively simple test, to detect all possible genotypes. However, a problem that arises in practice in the use of oligonucleotide hybridisation is that in some cases the extent of reassociation is barely affected by a mismatched base pair.

## BRIEF SUMMARY OF THE INVENTION

The invention describes a general approach which can be applied to all forms of variation commonly used as DNA markers for genetic analysis. It combines sequence-specific hybridisation to oligonucleotides, which in the preferred

2

embodiment are tethered to a solid support, with enzymatic reactions which enhance the discrimination between matching and non-matching duplexes, and at the same time provide a way of attaching a label to indicate when or which reaction has taken place. Two enzymatic reactions, chain extension by DNA dependent DNA polymerases and DNA strand-joining by DNA ligases, are dependent on perfect matching of sequences at or around the point of extension or joining. As we shall show, there are several ways in which these enzymes can be used with sequence-specific oligonucleotides to detect variation in target sequences.

In all cases, the sequence to be analyzed, the target sequence, will be available as a nucleic acid molecule, and may be a DNA molecule produced, for example, by the polymerase chain reaction. However, the methods are not confined to analysis of DNA produced in this way. In all applications, the target sequence is first captured by hybridisation to oligonucleotides which are preferably tethered to a solid support; for example, the oligonucleotides may be synthesised in situ as described [Maskos and Southern, 1992]; or they may be presynthesised and then coupled to the surface [Khrapko et al, 1991].

In one aspect of the invention the novelty arises from the exploitation of enzymes in combination with substrates or primers tethered to solid supports. A further novelty exploits the observation that DNA ligases and polymerases can be used to distinguish sequence variants which differ in the number of units of a tandemly repeating sequence. This observation is surprising, as tandemly repeated sequences can form duplex in any register, thus in principle, length variants can form duplexes which match at the ends even when the two strands contain different numbers of repeat units. Although we demonstrate the application of this method in conjunction with tethered oligonucleotides, it should be evident that this reaction could be used to analyse VNTR (variable number tandem repeat) sequences in the liquid phase followed by some other method of analysis, such as gel electrophoresis.

In one aspect the invention provides a method of analysis which comprises: providing a polynucleotide target including a nucleotide at a specified position, and an oligonucleotide probe, tethered to a support, said probe being complementary to the target and terminating at or close to the said specified position; and performing the steps:

a) incubating the target with the probe to form a duplex,
b) incubating the duplex under ligation conditions with a labelled oligonucleotide complementary to the target,
c) and monitoring ligation in b) as an indication of a point mutation at the specified position in the target.

In another aspect the invention provides a method of analysis which comprises: providing a polynucleotide target having a variable number tandem repeat section and a flanking section, and an oligonucleotide probe having a section complementary to the repeat section and a flanking section of the target; and performing the steps:

a) incubating the target with the probe to form a duplex,
b) incubating the duplex with a labelled oligonucleotide and/or at least one labelled nucleotide under chain extension conditions,
c) and monitoring chain extension as an indication of the length of the variable number repeat section of the target.

A polynucleotide target is provided, in solution when the probe is tethered to a support, and may be DNA or RNA. This polynucleotide target is caused to hybridise with an oligonucleotide probe. The term oligonucleotide is used here, as common terminology for the primers and substrates commonly utilised by polymerase and ligase enzymes. However, the term is used in a broad sense to cover any substance that serves as a substrate for the enzymes, including single stranded chains of short or moderate length

US 6,307,039 B1

3

composed of the residues of nucleotides or of nucleotide analogues, and also longer chains that would ordinarily be referred to as polynucleotides.

The probe may be tethered to a support, preferably by a covalent linkage and preferably through a 5' or 3' terminal nucleotide residue. An array of oligonucleotide probes may be tethered at spaced locations, for example on a derivatised glass surface or the surface of a silicon microchip, or alternatively on individual beads.

In another aspect the invention provides an array of oligonucleotides, for analysing a polynucleotide target containing a variable sequence, in which each component oligonucleotide i) comprises a sequence complementary to the target including an expected variant of the target, and ii) is tethered to a solid support in a chemical orientation which a) permits duplex formation with the target, and b)permits chain extension only when the sequence of the oligonucleotide matches the variable sequence of the target.

In another aspect the invention provides a set or array of oligonucleotides, for analysing a polynucleotide target containing a variable number tandem repeat sequence, in which each component oligonucleotide i) comprises a sequence complementary to a part of the target immediately adjacent the repeat sequence, ii) comprises a sequence complementary to the repeat sequence of the target and containing a number of repeats expected in the target, and iii) is configured in a way that a) permits duplex formation with the target, and b) permits chain extension only when the number of repeats in the oligonucleotide equals or is less than the number of repeats in the target.

In another aspect the invention provides an array of oligonucleotides in which different oligonucleotides occupy different locations and each oligonucleotide has a 3' nucleotide residue through which it is covalently tethered to a support and a 5' nucleotide residue which is phosphorylated.

The invention also provides a method of making an array of different oligonucleotides tethered to different locations of a support, which method comprises the steps of: providing a first intermediate oligonucleotide tethered to the support and a second intermediate oligonucleotide in solution, and a third oligonucleotide that is complementary to both the first and second intermediate oligonucleotides, forming a duplex of the third oligonucleotide with the first and second intermediate oligonucleotides, and ligating the first intermediate oligonucleotide with the second intermediate oligonucleotide; and repeating the steps with oligonucleotides tethered to different locations of the support.

## BRIEF DESCRIPTION OF THE DRAWINGS

Reference is directed to th e accompanying drawings in which each of FIGS. 1 to 6 is a series of diagrams illustrating a method according to the invention.

FIG. 1 shows detection of point mutation by single base extension.

FIG. 2 shows detection of point mutation by hybridisation to allele specific oligonucleotides and chain extension.

FIG. 3A shows detection of point mutation by tag ligation to allele specific oligonucleotides.

FIG. 3B shows detection of point mutation by ligation to library of differentially tagged allele specific oligonucleotides.

FIG. 4A shows analysis of variable numbered tandem repeats by ligation of tag to allelic variants.

FIG. 4B shows analysis of variable number tandem repeats by ligation of tag to allelic variants.

FIG. 5 shows measurement of variable number tandem repeats by labelled chain extension.

FIG. 6 shows analysis of variable number tandem repeats by ligation of tag followed by chain extension.

4

## DETAILED DESCRIPTION OF THE INVENTION

### Detection of Point Mutation

I. Single Base-specific Extension of Tethered Primers

In this application, the tethered oligonucleotide terminates at a position one base before the variable base in the target sequence (FIG. 1). A nucleotide precursor triphosphate or dideoxyribonucleotide triphosphate, labelled, for example with a fluorescent tag, is added in the presence of a nucleic acid synthesising enzyme which requires a specific template in order to incorporate the complementary base. In the case of DNA polymerase, the labelled base will be incorporated from a deoxyribonucleotide precursor only if the precursor base is complementary to the base in the target sequence. Thus, mutants will give a negative result.

II. Chain Extension from Tethered ASOs

In this case, the tethered oligonucleotide terminates in a base which is complementary to the variable base in the target sequence. Labelled precursor nucleoside triphosphates and polymerase are added. Polymerisation takes place only if the last base of the primer is complementary to the variable base in the target (FIG. 2). Thus, mutants will give a negative result.

III. Ligation of Tag Sequences to Tethered ASOs

In this method, the tethered oligonucleotide may end at the variable position in the target sequence, or it may end close to this position. In either case, hybridisation of the target to the tethered ASOs will produce a substrate for ligating a tag oligonucleotide only if the bases at the join are well matched (FIG. 3a). Thus, mutants which are close enough to the joining position to prevent ligation will give a negative result. Alternatively, the tethered oligonucleotide may terminate at the base before the variable position; in this case, the ligation reaction can be carried out using a mixture of tag oligonucleotides, one for each of the possible alternative variants. Each tag would be labelled differently, for example, with a different fluophore, so that those that ligated could be recognised identifying the variant base (FIG. 3b). Analysis of VNTR Lengths by Ligation to Anchored VNTRS

In this application "tag" oligonucleotides are ligated to sets of tethered oligonucleotides after hybridisation of the target, which acts as a template to bring the tags and the tethered oligonucleotides together.

In FIG. 4a, the tethered oligonucleotides comprise three parts, an "anchor" sequence which is common to all members of a VNTR set, which is attached to the solid support and which hybridises to a sequence flanking the variable region, a variable number of the repeated sequence unit, and a distal sequence. Each allele, represented by a different number of repeats, is located on a different solid support or at a different location on the same solid surface. Hybridisation of the target sequence will produce a series of duplexes, the structures of which depend on the number of units that the target contains. If the number matches the number in a tethered oligonucleotide, the target will meet the end of a tag when the tag is hybridised to the distal sequence of the tethered oligonucleotide. If the number is greater or smaller, there will be a gap in the duplex which reduces or prevents ligation of the tag.

In FIG. 4b, the tethered oligonucleotides comprise two parts: an "anchor" sequence which is common to all members of a VNTR set and which hybridises to a sequence flanking the repeated region, and a variable number of the repeated sequence unit. Each allele, represented by a different number of repeats, is located on a different solid support, or at a different location on the same solid surface. Hybridisation of the target sequence will produce a series of duplexes, the structures of which depend on the number of repeat units that the target contains (FIG. 4b). If the number matches the number in a tethered oligonucleotide, the latter

US 6,307,039 B1

**5**

will meet the end of the tag when the tag is hybridised to its complement in the target sequence, and form a substrate for ligation of the tag. If the number is greater or smaller, there will be a gap in the duplex which reduces or prevents ligation of the tag.

Analysis of VNTR Lengths by Chain Extension

The number of repeat units in a VNTR may vary within small limits, and in these circumstances, the method of analysis described above, using a ligase, will be appropriate; in other cases, for example the trinucleotide repeats associated with a number of human inherited disorders, the variation may be too large to analyse in this way. For a number of triplet repeats, the variation can be from around 10–50 in the normal chromosome to more than a thousand in the affected individual (Table 1). It is probably unrealistic to measure such large numbers of repeats using the ligase reaction. In these cases, where the difference between the normal and the mutant allele is large, an alternative is to measure approximately the number of repeat units using labelled precursors with a polymerising enzyme. The enzyme may be either a polymerase, such as DNA dependent DNA polymerase, or a ligase. In the former case, the oligonucleotides have to be tethered at their 5' ends to satisfy the requirement for enzymatic extension by the polymerase. The solid support carries an oligonucleotide anchor complementary to a sequence flanking the repeat unit; for example, the sequence can be that of one of the primers used to amplify the test sequence by the PCR. After hybridisation of the test sequence to the anchor, the repeat insert may be copied by a polymerase or a ligase (FIG. **5**) incorporating a labelled precursor. The amount of label incorporated is proportional to the number of repeat units. Incomplete hybridisation of the target to the anchor sequence would give a deceptively low measure of the repeat number. This problem can be overcome by standardising the measurement in one of several possible ways. For example, if the target sequence itself is labelled as shown in FIG. **5**, the final measurement will be a ratio of two labels: the target and the incorporated precursor.

Alternatively, in the case of a triplet repeat, incorporation will end at the point in the sequence where the missing precursor base is needed for further extension; where a ligase had been used to polymerise monomers of the basic repeat unit, this will also end at the end of the VNTR insert. At this point a labelled "capping" sequence can be added by ligation. In such cases, the measurement will be the ratio of cap to polymer labels.

Analysis of VNTR Lengths by Combining Ligation and Chain Extension

A more powerful way of analysing VNTRs which may vary in length over a wide range, would be to test first for ligation to a labelled tag oligonucleotide; this would give the results already described for targets with different lengths of repeats: a negative result where the VNTR lengths were longer or shorter in the target than in the tethered oligonucleotides, and positive results where they were the same. Following ligation, which we have shown can be made to go to completion, the different length classes will behave differently as substrates for DNA polymerase. Those targets in which the repeat number is less than that of the tethered probe will not act as substrates (FIG. 6c). Targets which have the same number of repeats as the probes will not be elongated by polymerase, because the ligated tag will block extension (FIG. 6a). The only cases where extension will occur are those for which the targets are longer than the probes (FIG. 6b). If the analysis is done on an array of probes with different numbers of inserts up to a certain limit, there will be a clear indication of the number of repeats in the targets from the ligation results provided they are within the range of sizes represented in the array of probes. If, within the targets, there is one which is longer than this

**6**

range, it will show up in the polymerase analysis. This test will be especially useful for the triplet repeats associated with the so-called "dynamic mutations", for example, that which is found in the fragile X mutation, where the size range varies from ca. 10–1000. It would be difficult to accommodate all of these size classes on a single array.

Experimental Support for the Claims

Properties of DNA Polymerases and Ligases

Most DNA polymerases, reverse transcriptases, some DNA dependent RNA polymerases and ligases can use as substrates one or more oligonucleotides which are bound to a long DNA strand through Watson-Crick base pairing. In the case of polymerases, an oligonucleotide is used as a primer to which the first base in the growing chain is added. In the case of ligases, two oligonucleotides are joined provided that both are paired to the DNA strand and perfectly matched in the base pairs at or close to the junction point. It is these properties that make the enzymes useful for the detection of DNA sequence variation; in particular, the requirement for specific base pairing at the site of extension or joining complements the sequence discrimination that is already provided by the Watson-Crick pairing between the oligonucleotide and the target sequence that is needed to form a stable duplex. Thus, it has been found that discrimination by hybridisation alone is most sensitive if the variant base(s) is (are) close to the middle of the oligonucleotide. By contrast, for the enzymes, discrimination is highest if the variant mismatching bases are close to the end where the extension or join takes place. Together, hybridisation under stringent conditions and enzymatic extension or joining provide greater discrimination than either alone, and several methods have been developed to exploit this combination in systems for genetic analysis [references in cotton, 1993]. The hybridisation and the enzyme reaction are normally carried out in solution, following which the product is captured on a solid support, or separated by gel electrophoresis for detection and/or measurement.

In one embodiment, the invention described here employs oligonucleotides coupled to a solid surface, so that the advantages of working in mixed phase are brought to all steps: hybridisation, enzymatic extension or joining, and detection. This provides great sensitivity and convenience. As many different oligonucleotides can be bound to one surface in an array, it enables many different sequences to be analyzed together, in a single reaction; this also ensures that all reactions are carried out under identical conditions, making comparisons more reliable.

Support-bound Oligonucleotides

Two alternative methods have been developed for making oligonucleotides bound to a solid support: they can be synthesised in situ, or presynthesised and attached to the support. In either case, it is possible to use the support-bound oligonucleotides in a hybridisation reaction with oligonucleotides in the liquid phase to form duplexes; the excess of oligonucleotide in solution can then be washed away. Hybridisation can be carried out under stringent conditions, so that only well-matched duplexes are stable. When enzymes are to be used, the chemical orientation of the oligonucleotide is important; polymerases add bases to the 3' end of the chain; ligases join oligonucleotides which are phosphorylated at the 5' end to those with a 3'-OH group. Oligonucleotides tethered to the solid substrate through either end can be made in situ by using the appropriate phosphoramidite precursors [references in Beaucage and Iyer, 1992]; or presynthesised oligonucleotides can be fixed through appropriate groups at either end. We will demonstrate that oligonucleotides can be phosphorylated at the 5' end in situ using ATP and polynucleotide kinase, or they may be phosphorylated chemically [Horn and Urdea, 1986].

Tethered Oligonucleotides as Substrates for DNA Modifying Enzymes

US 6,307,039 B1

7

The applications envisaged here require that the oligonucleotides tethered to the solid substrate can take part in reactions catalysed by DNA polymerases and ligases.

DNA polymerase

The M13 sequencing primer-5'-GTAAAACGACGGCCAGT-3'-(SEQ ID NO. 1) attached to aminated polypropylene through its 5' end was synthesised as described. A solution of M13 DNA (single-strand, replicative form, 0.1 μl, 200 ng/μl) was applied in two small spots to the surface of the derivatised polypropylene. A solution containing three non-radioactive deoxyribonucleotide triphosphates, dATP, dGTP, TTP (10 μmol each), α-$^{32}$P-dCTP (10 μCi), Taq DNA polymerase and appropriate salts, was applied over a large area of the polypropylene, including the area where the M13 DNA had been spotted. The polypropylene was incubated at 37° C. for 1 hr in a vapour saturated chamber. It was then washed in 1% SDS at 100° C. for one minute, and exposed to a storage phosphor screen for one minute and scanned in a phosphorimager. The regions where the DNA had been applied showed a high level of radioactivity, against a low background where no DNA had been applied. This experiment shows that oligonucleotides tethered to a solid support can act as primers for DNA-dependent synthesis by DNA polymerase, as required for applications using this enzyme for mutation detection.

Experiments described below show that both polynucleotide kinase and DNA ligase can be used to modify oligonucleotides tethered to a solid support. There are several ways in which phosphorylated oligonucleotides and the ligase reaction can be used to detect sequence variation.

Methods for Making Arrays of Sequence Variants

1. Allele Specific Oligonucleotides for Point Mutations

For the preferred embodiment, it will be necessary to use oligonucleotides tethered to a solid support. The support may take the form of particles, for example, glass spheres, or magnetic beads. In this case the reactions could be carried out in tubes, or in the wells of a microtitre plate. Methods for both synthesising oligonucleotides and for attaching presynthesised oligonucleotides to these materials are known [Stahl et al., 1988]. Methods for making arrays of ASO's representing point mutations were described in patent application PCT/GB89/00460 and in Maskos and Southern (1993). We also demonstrated how oligonucleotides tethered to a solid support in an array could distinguish mutant from wild type alleles by molecular hybridisation.

For the present invention, the same methods could be used to create oligonucleotide arrays of ASOs, but in order that they can be used as substrates for the enzymes, they need to be modified; for ligation, it may be necessary to phosphorylate the 5' end; for extension by polymerase it will be necessary to attach to oligonucleotides to the solid substrate by their 5' ends.

2. Arrays for Scanning Regions for Mutations

It is often desirable to scan a relatively short region of a gene or genome for point mutations: for example, many different sites are mutated in the CFTR gene to give rise to cystic fibrosis, similarly, the p53 tumour suppressor gene can be mutated at many sites. The large numbers of oligonucleotides needed to examine all potential sites in the sequence can be made by efficient combinatorial methods [Southern et al., 1994]. A modification of the protocol could allow such arrays to be used in conjunction with enzymes to look for mutations at all sites in the target sequence.

3. VNTRs

The most commonly used VNTRs are repeats of very short units, typically mono to tetranucleotides. However, there is another class, the minisatellites, in which the repeat unit is somewhat longer, up to 20 or more nucleotides. The short repeats may be made using chemical synthesis; in the case of inserts with large numbers of repeat units, it would be more economical to use a synthetic route which used the

8

repeat unit as a reactant, rather than building them up one base at a time; such methods have been used to make polynucleotides by chemical synthesis. An attractive alternative would be to build the repeat units by ligating the monomer units; they could be added stepwise, one unit at a time provided a method could be found to block one end to prevent polymerisation; for example the oligonucleotide building block may be terminated by a hydroxyl group, which is then phosphorylated after ligation so that the unit becomes an acceptor for the next one; the monomer may have a phosphate group protected by a cleavable group, such as a photocleavable group, which can be removed after ligation to allow a subsequent ligation [Pillai, 1980]. A second alternative, which would be especially favourable for longer units such the minisatellites, would be to attach either cloned or enzymatically amplified molecules to the solid support. For example, each variant sequence could be amplified by the PCR, using a biotinylated oligonucleotide for one of the primers. The strand starting with this group could then be attached to a streptavidin coated surface, and the other strand removed by melting [Stahl et al., 1988].

EXAMPLE 1

Demonstration of the Analysis of Length Polymorphism by Ligation to an Array of VNTRs

An array of VNTRs was made as described in FIG. 4b, in which the anchor sequence was 5'-tgtagtggtgtgatcaaggc-3' (SEQ ID NO. 2). The repeat unit was 5'-cttt-3'; stripes, ca 3 mm wide, of sequence variants of the form: Anchor-Repeat$_N$, with N=4–10, were made as stripes on the surface of a sheet of polypropylene. The synthesis was carried out using 3'-deoxyribophosphoramidites, this chemical orientation produces oligonucleotides tethered through their 3' ends to the polypropylene, and a free 5' hydroxyl group. To ligate a substrate for ligation, this OH group was phosphorylated by immersing a strip of the polypropylene (3 mm×18 mm), carrying the array of oligonucleotides, in 0.5 ml of a solution containing 4 mM ATP and 77.6 units of polynucleotide kinase with buffer and Mg$^{++}$ according to the supplier's instructions. The reaction was left for 6 hours at 37° C.; the strip was removed and immersed in boiling water to kill the polynucleotide kinase. The target sequences, which are complementary to elements of the array oligonucleotides and to the ligation tag, 5'-Anchor-Repeat$_{10}$-Tag and 5'-Anchor-Repeat$_5$-Tag were added to 0.5 ml of a solution, preheated to 95° C., containing the tag, 5'-gtggtcactaaagtttctgct-3'(SEQ ID NO. 3), which had been labelled at its 5' end using polynucleotide kinase and $^{33}$P-gamma-ATP, thermal ligase (500 units), and buffer and salts according to the supplier's instructions. The polypropylene strip was immersed in the hot solution, which was then allowed to cool to 68° C., and left at this temperature for 16 hours. The polypropylene strip was removed and placed in 25% formamide at 95° C. for 5 minutes, rinsed in water at the same temperature, dried and exposed to a storage phosphor screen, from which an image of the radioactivity was collected. The results showed counts close to background over most of the array; counts on Anchor-Repeat$_5$ and Anchor-Repeat$_{10}$ were more than five times those over adjacent cells in the array. This experiment indicates that the ligase is able to distinguish length variants of the repeat sequence and gives optimum ligation only when the number of repeats in the target matches that in the allele specific oligonucleotide in the array. Thus, it should easily be possible to detect the two allelic variants in a heterozygote.

Ligation and/or polymerisation is possible if the oligonucleotide is tethered through the 5' end. The oligonucleotides can be synthesised in situ using deoxyribophosphoramidites with 3' dimethoxytrityl groups and 5' phosphoramidite (reverse phosphoramidites). It is unnecessary to phosphorylate the tethered polynucleotide for liga-

US 6,307,039 B1

9                                                                    10

tion assays since the phosphate needed for ligation is provided by the tag oligonucleotide.

## EXAMPLE 2

### Analysis of VNTR Lengths

An array of VNTR's was made as described in FIG. 4B, with the oligonucleotides anchored through their 5' ends. The repeat unit was 5' ttca and the anchoring sequence 5' cttatttccctca (SEQ ID NO. 4). Stripes 6 mm wide of sequence variants of the form: Anchor-Repeat$_N$ where N=4–8 were made on the surface of a sheet of polypropylene using "reverse" phosphoramidite monomers.

### Analysis by Ligation

A strip of the array (30 mm×2 mm) was immersed in a solution of 600 pmols of the target oligonucleotide 5' cacagactccatgg(tgaa)$_6$tgagggaaataag (SEQ ID NO. 5), 1.4 pmol of oligo 5' ccatggagtctgtg (SEQ ID NO. 6) (labelled at its 5' end using polynucleotide kinase and $^{33}$P gamma ATP) and buffer and salts according to the suppliers instructions, the total volume being 293 $\mu$l. The solution was heated to 65° C. and 7 $\mu$l of Tth DNA ligase added. The reaction was then cooled to 37° C. and left at that temperature for 18 hrs. After removal from the reaction solution the strip was washed in T.E. buffer, blotted dry and exposed to a storage phosphor screen from which an image of the radioactivity was taken. The results showed that the target sequence ligated to the correct sequence with a higher yield than to the shorter and longer sequences in adjacent cells of the array.

## EXAMPLE 3

Analysis by Ligation and Polymerisation A strip of the array (30 mm×2 mm) from Example 2 was added to a solution of 200 pmols of the target oligonucleotide 5' cacagactccatgg (tgaa)$_6$tgagggaaataag, 200 pmol of oligo 5' ccatggagtctgtg (chemically phosphorylated at the 5' end) with buffer and salts according to the suppliers instructions, the total volume being 243 $\mu$l. The solution was heated to 85° C. and cooled to 37° C. over a period of 30 mins. 7 $\mu$l of Tth DNA ligase was added and the reaction mixture heated at 34° C. for 17 hrs.

The strip was removed and added to a solution of 8 mM DTT, 3.3 pmol $^{32}$P alpha dTTP, 13 units sequenase version 2.0 and buffer and salts according to the suppliers instructions. The total volume was 250 $\mu$l. After heating at 37° C. for 3 hrs the strip was removed from the reaction solution, washed in TE buffer, blotted dry and exposed to a storage phosphor screen from which an image of the radioactivity was taken. The results showed counts equal to background over the area of the array where repeats were equal in length or greater than the repeat length of the target, with 20 times the signal in the areas where the repeat length of the array was shorter than the repeat length in the target.

## EXAMPLE 4

### Analysis by Polymerisation

Two types of polymerase analysis were carried out where reporter nucleotides were chosen, in one case to identify the correct repeat length, and in the other case to identify shorter repeat lengths. This is made possible when the repeat sequence comprises less than all four bases.

In the former case a base is chosen which is present in the repeat sequence and is different from the first base in the flanking sequence. In the latter case a base is chosen to be complementary to the first base in the flanking sequence which is absent from the repeat.

A strip of the array from Example 2 (30 mm×2 mm) was added to a solution of 500 pmols of the target oligonucleotide 5' cacagactccatgg(tgaa)$_6$tgagggaaataag in buffer and salts at a concentration 1.09 times the suppliers instructions, the total volume being 275 $\mu$l. The solution was heated to 75° C. for 5 minutes and cooled to 37° C. over a period of 25 mins. The solution was removed and added to 3.3 pmols $^{32}$P alpha dCTP, 5 $\mu$l 1M DTT. 13 units of Sequenase version 2.0 and water to give a final volume of 295 $\mu$l. This solution was added to the array and heated at 37° C. for 15 hrs 40 mins. The polypropylene strip was removed, washed in water and exposed to a storage phosphor screen. The results showed counts of 5 times more for the correct sequence than shorter sequences and twice for the correct sequence compared with longer repeats.

A similar strip of the array (30 mm×2 mm) was added to a solution of 500 pmols of the target oligonucleotide 5' cacagactccatgg(tgaa)$_6$tgagggaaataag in buffer and salts 1.09 times the suppliers instructions, the total volume being 275 $\mu$l. The solution was heated to 75° C. for 5 mins and cooled to 37° C. over a period of 25 mins. The solution was removed and added to 3.3 pmols $^{32}$P alpha dTTP, 5 $\mu$l 1M DTT, 13 units of Sequenase version 2.0 and water to give a final volume of 295 $\mu$l. This solution was added to the array and heated at 37° C. for 15 hrs 40 mins. The polypropylene strip was removed, washed in water and exposed to a storage phosphor screen. The results showed counts of 4.5 times more for the shorter array sequences than the correct and longer repeat lengths.

## EXAMPLE 5

### VNTR Analysis by Ligation

In an experiment similar to the one described in Example 1, an array was created using the human fes/fps locus sequence as a target.

The anchor sequence 5'agagatgtagtctcattcttcgccaggctgg 3' (SEQ ID NO. 7) was the actual flanking sequence to the attt repeats of the fes/fps microsatellite (EMBL Accession No X06292 M14209 M14589) as it occurs in human genomic DNA. Using a target oligonucleotide representing the 10 repeat allele and ligating a $^{33}$P labelled 5' flanking sequence (5' g gag aca agg ata gca gtt c 3') (SEQ ID NO. 8) and doing a similar experiment to that described above, the resulting radioactivity on the anchor-repeat$_{10}$ cell was over 10 fold that on adjacent cells in the array.

## EXAMPLE 6

Demonstration of Stepwise Ligation of Oligonucleotides Bound to a Solid Support

A primer oligodeoxynucleotide-5' PO$_4$ gta aaa cga cgg cca gt3', attached to aminated polypropylene through its 3' (SEQ ID NO. 9) end, was synthesised and phosphorylated as described. A small square (2 mm×2 mm) piece of this material was placed in standard ligation buffer, with template oligonucleotide 5' tcg ttt tac cgt cat gcg tcc tct ctc 3' (SEQ ID NO. 10) (250 nM) and a protected ligator oligonucleotide 5' NB PO$_4$ cgc atg acg 3' (250 nM) and $^{33}$P labelled extender oligonucleotide 5'gag aga gga 3', where NB is a protecting group based on a photocleavable o-nitrobenzyl derivative. The NB protected phosphate of the ligator oligonucleotide had previously been shown to be unable to take part in the ligation reaction. The NB group had also been shown to be removable by uv light to leave a fully functional phosphate group. To this mixture was added thermus thermophilus DNA ligase (Advanced Biotechnologies) 25u and the reaction incubated at room temperature for 6 hours. The mixture was then irradiated with uv light (20 minutes room temperature) and incubated for a further 12 hours. The polypropylene patch was then washed with 30% formamide at 95° C. for 5 minutes, and exposed to a storage phosphor screen for 24 hours and scanned in a phosphorimager. The patch showed a level of radioactivity 50 fold higher than a patch treated in a similar fashion but without addition of the central "ligator" oligonucleotide. In a similar experiment using a phosphorylated ligator oligonucleotide a similar amount of radioactive

US 6,307,039 B1

11

extender oligonucleotide became covalently attached to a third polypropylene/oligonucleotide primer square.

## EXAMPLE 7

Demonstration of Point Mutation Analysis by Ligation to Allele Specific Oligonucleotides Attached to Solid Supports

Four tethered ASOs 5' (gca or t)ag aga gga 3', differing only at their 5' base, were synthesised as described above, with the 3' end attached to aminated polypropylene. Phosphorylation was carried out as described and four squares of polypropylene carrying each ASO were placed in standard ligation buffer along with complementary target oligonucleotide 5' tcc tct ctc cgt cat gcg tat cgt tca at 3' (SEQ ID NO. 11) (250 nM). After addition of $^{33}$P labelled ligator oligonucleotide 5' cgc atg acg 3' (10 nM) and thermus thermophilus DNA ligase (100 u), the mixture was incubated at 37° C. for 18 hours. The ASO which was fully complementary to the target oligonucleotide was found to have acquired 100-fold greater radioactivity through ligation of the labelled ligator than the non-complementary ASOs.

## EXAMPLE 8

Demonstration of DNA Ligation Specificity

In a model experiment to assess the specificity of TTh DNA ligase, ligator and extender deoxyoligonucleotides were ligated together by means of hybridisation to an oligonucleotide template and ligation by DNA ligase.

Template oligonucleotide 5' tcc tct ctc cgt cat gcg tat cgt tca (SEQ ID NO. 12) at 3' (250 nM), phosphorylated, $^{33}$P labelled, extender oligonucleotide 5' PO$_4$gag aga gga 3' (10 nM) and ligator sequence 5' gca gta cg 3' (250 nM) were mixed together in standard ligation buffer with DNA ligase 25 u. This mixture was incubated at 35° C. Samples of this mixture were removed and the reaction stopped by addition of formamide at 15, 30, 60, 120, and 240 minutes. The ligated and unligated products were separated by 20% denaturing polyacrylamide gel electrophoresis. The gel was exposed to a phosphor screen for 18 hours and scanned by a phosphorimager. The relative proportions of ligated to unligated products of the reaction were then measured. 50% of the extender sequence had been ligated to the ligator sequence in 30 minutes. By comparison in a similar experiment with ligator 5' gca tga ag 3' after 30 minutes only 1% of the extender sequence had become ligated.

Other polymerases and ligases such as Taq polymerase, Thermosequenase, T4 DNA ligase and E.Coli DNA ligase have also been shown to be useful in experiments similar to those described above.

## REFERENCES

1. Beaucage, S. L. and Iyer, R. P. (1992). Advances in the synthesis of oligonucleotides by the phosphoramidite approach. Tetrahedron 48: 2223–2311.

12

2. Conner, B. J., Reyes, A. A., Morin, C., Itakura, K., Teplitz, R. L., and Wallace, R. B. (1983). Detection of sickle cell β$^S$ globin allele by hybridization with synthetic oligonucleotides. Proc. Natl. Acad. Sci. USA 80: 278–282.
3. Cooper, D. N., and Krawczak, M. (1989). The mutational spectrum of single base-pair substitutions causing human genetic disease: patterns and predictions. Hum. Genet. 85: 55–74.
4. Cotton, R G, (1993) Current methods of mutation detection. Mutation Research 285: 125–144.
5. Horn, T., and Urdea, M. (1986) Chemical phosphorylation of oligonucleotides. Tetrahedron Letters 27: 4705.
6. Khrapko, K. R., Lysov, Yu. P., Khorlyn, A. A., Shick, V. V., Florentiev, V. L., and Mirzabekov. (1989). An oligonucleotide hybridization approach to DNA sequencing. FEBS Lett. 256: 118–122.
7. Krawczak M. and Schmidtke, J. (1994). DNA fingerprinting. BIOS Scientific Publishers.
8. Maskos, U., and Southern, E. M., (1993) A novel method for the analysis of multiple sequence variants by hybridisation to oligonucleotides. Nucleic Acids Research, 21: 2267–2268.
9. Pillai, V. N. R.(1980). Photoremovable protecting groups in organic chemistry Synthesis 39: 1–26.
10. Southern, E. M. (1988). Analyzing Polynucleotide Sequences. International Patent Application PCT/GB89/ 00460.
11. Southern, E. M., Maskos, U. and Elder, J. K. (1992). Analysis of Nucleic Acid Sequences by Hybridization to Arrays of Oligonucleotides: Evaluation using Experimental Models. Genomics 12: 1008–1017.
12. Southern, E. M., Case-Green, Elder, J. K. Johnson, M., Mir, K. U., Wang, L., and Williams, J. C. (1994). Arrays of complementary oligonucleotides for analysing the hybridisation behaviour of nucleic acids. Nucleic Acids Res. 22:,1368–1373.
13. Stahl, S., Hultman, T., Olsson, A., Moks, T. D and, Uhlen, M. (1988) Solid phase DNA sequencing using the biotin-avidin system. Nucleic Acids Res. 16: 3025–38.
14. Veerle, A. M. C. S., Moerkerk, P. T. M. M., Murtagh, J. J., Jr., Thunnissen, F. B. J. M (1994) A rapid reliable method for detection of known point mutations: Point-EXACCT. Nucleic Acids Research 22: 4840–4841.
15. Virnekas, B., Liring, G., Pluckthon, K., Schneider, C., Wellhofer, G. and Moroney, S. E. (1994) Trinucleotide phosphoramidites: ideal reagents for the synthesis of mixed oligonucleotides for random mutagenesis. Nucleic Acids Research 22: 5600–5607.
16. Willems, P. J. (1994) Dynamic mutations hit double figures. Nature Genetics 8: 213–216.

| | | DNA sequences of triplet repeats | | | |
|---|---|---|---|---|---|
| Condition | Repeat | Normal | Preexpansion | Expanded | Reference |
| FRAXA | CGG/CCG | 10–50 | 38–50 | 200–1000 | Verkerk et al. 1991 |
| FRAXE | CGG/CCG | | | 200–1000 | Knight et al. 1993 |
| FRAXF | GCC/CGG | 6–18 | ? | 300–500 | Parrish et al. 1994 |
| FRAX16A | CGG/CCG | | | 1000–2000 | Nancarrow et al. 1994 |
| SBMA | CAG | 11–31 | ? | 40–62 | Tilley et al. 1994 |
| Huntington | CAG | 11–34 | 30–34 | 42–100 | Huntington group 1993 |
| SCA1 | CAG | 25–36 | ? | 43–81 | Orr et al. 1993 |
| DRPLA/HRS | CAG | | | ≲100 | Burke et al. 1994 |
| Machado-Joseph | CAG/CTG | ~26 | ? | 68–79 | Kawaguchi et al. 1994 |

US 6,307,039 B1

13                                                              14

SEQUENCE LISTING

<160> NUMBER OF SEQ ID NOS:  12

<210> SEQ ID NO 1
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 1

gtaaaacgac ggccagt                                              17


<210> SEQ ID NO 2
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 2

tgtagtggtg tgatcaaggc                                           20


<210> SEQ ID NO 3
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 3

gtggtcacta aagtttctgc t                                         21


<210> SEQ ID NO 4
<211> LENGTH: 13
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 4

cttatttccc tca                                                  13


<210> SEQ ID NO 5
<211> LENGTH: 51
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 5

cacagactcc atggtgaatg aatgaatgaa tgaatgaatg agggaaataa g        51


<210> SEQ ID NO 6
<211> LENGTH: 14
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 6

US 6,307,039 B1

| 15 | 16 |
|---|---|

---

-continued

```
ccatggagtc tgtg                                          14


<210> SEQ ID NO 7
<211> LENGTH: 32
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 7

agagatgtag tctcattctt tcgccaggct gg                      32


<210> SEQ ID NO 8
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:snythetic -
      other dna

<400> SEQUENCE: 8

ggagacaagg atagcagttc                                    20


<210> SEQ ID NO 9
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 9

gtaaaacgac ggccagt                                       17


<210> SEQ ID NO 10
<211> LENGTH: 27
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 10

tcgttttacc gtcatgcgtc ctctctc                            27


<210> SEQ ID NO 11
<211> LENGTH: 27
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 11

tcctctctcc gtcatgcgta tcgttca                            27


<210> SEQ ID NO 12
<211> LENGTH: 27
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
```

US 6,307,039 B1

17                                                                          18

-continued

```
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 12

tcctctctcc gtcatgcgta tcgttca                                        27
```

What is claimed is:

1. An array of oligonucleotides, for analysing a polynucleotide target containing a variable sequence, in which each component oligonucleotide i) comprises a sequence complementary to the target including an expected variant of the target, and ii) is tethered to a solid support in a chemical orientation which a) permits duplex formation with the target, and b) permits chain extension only when the sequence of the oligonucleotide matches the variable sequence of the target.

2. A set or array of oligonucleotides, for analysing a polynucleotide target containing a variable number tandem repeat sequence, in which each component oligonucleotide i) comprises a sequence complementary to a part of the target immediately adjacent the repeat sequence, ii) comprises a sequence complementary to the repeat sequence of the target and containing a number of repeats expected in the target, and iii) is configured in a way that a) permits duplex formation with the target, and b) permits chain extension only when the number of repeats in the oligonucleotide equals or is less than the number of repeats in the target.

3. A set or array as claimed in claim 2, wherein each component oligonucleotide iii) is configured in a way that b) permits chain extension: by ligation only when the number of repeats in the oligonucleotide equals the number of repeats in the target; or by polymerisation only when the number of repeats in the oligonucleotides is less than the number of repeats in the target.

4. A set or array of oligonucleotides as claimed in claim 2, wherein each component oligonucleotide is tethered to a solid support.

5. An array of oligonucleotides as claimed in claim 1, in which different oligonucleotides occupy different locations and each oligonucleotide has a 3' nucleotide residue through which it is covalently tethered to a support and a 5' nucleotide residue which is phosphorylated.

6. A set or array of oligonucleotides as claimed in claim 2, in which different oligonucleotides occupy different locations and each oligonucleotide has a 3' nucleotide residue through which it is covalently tethered to a support and a 5' nucleotide residue which is phosphorylated.

*   *   *   *   *

# EXHIBIT   2



US006770751B2

(12) **United States Patent** (10) **Patent No.:** **US 6,770,751 B2**
Southern et al. (45) **Date of Patent:** **Aug. 3, 2004**

(54) **METHOD FOR ANALYSING A POLYNUCLEOTIDE CONTAINING A VARIABLE SEQUENCE AND A SET OR ARRAY OF OLIGONUCLEOTIDES THEREFOR**

(75) Inventors: **Edwin Mellor Southern**, Kidlington (GB); **Clare Elizabeth Pritchard**, Abingdon (GB); **Stephen Charles Case-Green**, Oxford (GB)

(73) Assignee: **Oxford Gene Technology IP Limited**, Oxfordshire (GB)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 186 days.

(21) Appl. No.: **09/934,604**

(22) Filed: **Aug. 23, 2001**

(65) **Prior Publication Data**

US 2002/0106665 A1 Aug. 8, 2002

**Related U.S. Application Data**

(62) Division of application No. 09/502,778, filed on Feb. 11, 2000, now Pat. No. 6,307,039, which is a division of application No. 08/930,798, filed as application No. PCT/GB96/00848 on Apr. 9, 1996, now Pat. No. 6,150,095.

(30) **Foreign Application Priority Data**

Apr. 9, 1996 (GB) ............................................. 9507238

(51) Int. Cl.[7] ........................................... C07H 21/04
(52) U.S. Cl. ................................................... 536/24.3
(58) Field of Search ................................. 536/24.3, 25.3

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,797,355 A 1/1989 Stabinsky ...................... 435/6
4,851,331 A 7/1989 Vary et al. ..................... 435/6

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| EP | 0 185 494 | 6/1986 |
| EP | 0 246 864 | 11/1987 |
| EP | 0 552 545 A1 | 7/1993 |
| EP | 0 721 016 | 7/1996 |
| WO | 89/10977 | 11/1989 |
| WO | 92/15712 | 9/1992 |

(List continued on next page.)

OTHER PUBLICATIONS

J. Prosser, "Detecting Single–Base Mutations", Trends in Biotechnology, vol. 11, pp. 238–246, Jun. 1993.

C. Pritchard et al., "Spatially Addressable Ligation Assays: Application of Oligonucleotide Arrays to DNA Fingerprinting", Innovation Perspect Solid Phase Synth. Comb. Libr. Collect Pap. Int. Symp. 4th, pp. 499–502, 1996.

T. Nikiforov et al., "Genetic Bit Analysis: A Solid Phase Method for Typing Single Nucletoide Polymorphisms", Nucleic Acids Research, vol. 22, No. 20, pp. 4167–4175, 1994.

S. Case–Green et al., "Studies on the Base Pairing Properties of Deoxyinosine by Solid Phase Hybridisation to Oligonucleotides", Nucleic Acids Research, vol. 22, No. 2, pp. 131–136, 1994.

J. Shumaker et al., "Mutation Detection by Solid Phase Primer Extension", Human Mutation, vol. 7, pp. 346–354, 1996.

*Primary Examiner*—Kenneth R. Horlick
(74) *Attorney, Agent, or Firm*—Wenderoth, Lind & Ponack, L.L.P.

(57) **ABSTRACT**

A method of analysing a polynucleotide target involves incubating the target with an oligonucleotide probe, generally an array of immobilized oligonucleotide probes, to form a duplex, and using ligase or polymerase to extend one chain of the duplex. A point mutation or variable number tandem repeat section may be analyzed. Arrays of immobilized oligonucleotides are provided for use in the method.

**15 Claims, 7 Drawing Sheets**



## US 6,770,751 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,348,853 A | 9/1994 | Wang et al. .................... | 435/6 |
| 5,679,524 A | 10/1997 | Nikiforov et al. ............. | 435/6 |
| 5,700,637 A | 12/1997 | Southern ........................ | 435/6 |
| 5,723,320 A | 3/1998 | Dehlinger .................. | 435/91.1 |
| 5,759,779 A | 6/1998 | Dehlinger ..................... | 435/6 |
| 5,800,994 A | 9/1998 | Martinelli et al. ............ | 435/6 |
| 5,858,659 A | 1/1999 | Sapolsky et al. ............. | 435/6 |
| 5,981,176 A | 11/1999 | Wallace ......................... | 435/6 |
| 6,004,744 A | 12/1999 | Goelet et al. .................. | 435/5 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 93/25563 | 12/1993 |
| WO | 94/11530 | 5/1994 |
| WO | 95/00669 | 1/1995 |
| WO | 95/04160 | 2/1995 |
| WO | 95/09248 | 4/1995 |
| WO | 95/21271 | 8/1995 |
| WO | 95/27078 | 10/1995 |

Fig.1

Detection of point mutation by single base extension



Fig.2



Detection of point mutation by hybridisation to ASOs
and chain extension

**U.S. Patent**        Aug. 3, 2004        Sheet 3 of 7        US 6,770,751 B2

Fig.3

A. Detection of point mutation by tag ligation to ASOs



B. Detection of point mutation by ligation to library of differentially tagged ASOs



**U.S. Patent**     Aug. 3, 2004     Sheet 4 of 7     US 6,770,751 B2

Fig.4a

Analysis of VNTRs by ligation of tag to allelic variants

A. Target repeats equal probe



B. Target repeats more than probe



C. Target repeats less than probe



## Fig.4b

### Analysis of VNTRs by ligation of tag to allelic variants

A. Target repeats equal probe



B. Target repeats more than probe



C. Target repeats less than probe



Fig.5

Measurement of VNTRs by labelled chain extension



Number of repeats
proportional to */ò

Fig.6

Analysis of VNTRs by ligation of tag followed by chain extension

A. Target repeats equal probe



B. Target repeats more than probe



C. Target repeats less than probe



US 6,770,751 B2

1

## METHOD FOR ANALYSING A POLYNUCLEOTIDE CONTAINING A VARIABLE SEQUENCE AND A SET OR ARRAY OF OLIGONUCLEOTIDES THEREFOR

This application is a divisional of Ser. No. 09/502,778 filed Feb. 11, 2000, U.S. Pat. No. 6,307,039, which is a divisional of Ser. No. 08/930,798 filed Oct. 6, 1997, U.S. Pat. No. 6,150,095 which is a PCT/GB96/00848, filed Apr. 9, 1996.

### BACKGROUND OF THE INVENTION

Detection of variation in DNA sequences forms the basis of many applications in modern genetic analysis: it is used in linkage analysis to track disease genes in human pedigrees or economically important traits in animal and plant breeding programmes; it forms the basis of fingerprinting methods used in forensic and paternity testing [Krawczak and Schmidtke, 1994]; it is used to discover mutations in biologically and clinically important genes [Cooper and Krawczak, 1989]. The importance of DNA polymorphism is underlined by the large number of methods that have been developed to detect and measure it [Cotton, 1993]. Most of these methods depend on one of two analytical procedures, gel electrophoresis or molecular reassociation, to detect sequence variation. Each of these powerful procedures has its drawbacks. Gel electrophoresis has very high resolving power, and is especially useful for the detection of variation in the mini- and microsatellite markers that are used in linkage analysis and fingerprinting; it is also the method used to analyse the variation found in the triplet repeats that cause a number of mutations now known to be the cause of around ten genetic disorders in humans [Willems, 1994]. Despite its great success and widespread use, gel electrophoresis has proved difficult to automate: even the systems which automate data collection require manual gel preparation; and as samples are loaded by hand, it is easy to confuse samples. The continuous reading electrophoresis machines are expensive, and manual analysis is technically demanding, so that its use is confined to specialised laboratories which have a high throughput. Furthermore, difficulties in measuring fragment size preclude rigorous statistical analysis of the results.

By contrast, oligonucleotide hybridisation lends itself to automation and to quantitative analysis [Southern et al., 1992], but it is not well suited to the analysis of variation in the number of repeats in the micro- and minisatellites, as the small fractional change in the number of repeats produces a barely detectable change in signal strength; and of course it would not be possible to distinguish two alleles in the same sample as each would contribute to a single intensity measurement. Thus, many different combinations of alleles would produce the same signal. Present hybridisation methods are much better suited to analysing variation in the DNA due to point mutation-base substitution deletions and insertions, for which it is possible to design allele specific oligonucleotides (ASOs) that recognise both the wild type and the mutant sequences [Conner et al., 1983]. Thus it is possible in principle, in a relatively simple test, to detect all possible genotypes. However, a problem that arises in practice in the use of oligonucleotide hybridisation is that in some cases the extent of reassociation is barely affected by a mismatched base pair.

### BRIEF SUMMARY OF THE INVENTION

The invention describes a general approach which can be applied to all forms of variation commonly used as DNA

2

markers for genetic analysis. It combines sequence-specific hybridisation to oligonucleotides, which in the preferred embodiment are tethered to a solid support, with enzymatic reactions which enhance the discrimination between matching and non-matching duplexes, and at the same time provide a way of attaching a label to indicate when or which reaction has taken place. Two enzymatic reactions, chain extension by DNA dependent DNA polymerases and DNA strand-joining by DNA ligases, are dependent on perfect matching of sequences at or around the point of extension or joining. As we shall show, there are several ways in which these enzymes can be used with sequence-specific oligonucleotides to detect variation in target sequences.

In all cases, the sequence to be analysed, the target sequence, will be available as a nucleic acid molecule, and may be a DNA molecule produced, for example, by the polymerase chain reaction. However, the methods are not confined to analysis of DNA produced in this way. In all applications, the target sequence is first captured by hybridisation to oligonucleotides which are preferably tethered to a solid support; for example, the oligonucleotides may be synthesised in situ as described [Maskos and Southern, 1992]; or they may be presynthesised and then coupled to the surface [Khrapko et al, 1991].

In one aspect of the invention the novelty arises from the exploitation of enzymes in combination with substrates or primers tethered to solid supports. A further novelty exploits the observation that DNA ligases and polymerases can be used to distinguish sequence variants which differ in the number of units of a tandemly repeating sequence. This observation is surprising, as tandemly repeated sequences can form duplex in any register, thus in principle, length variants can form duplexes which match at the ends even when the two strands contain different numbers of repeat units. Although we demonstrate the application of this method in conjunction with tethered oligonucleotides, it should be evident that this reaction could be used to analyse VNTR (variable number tandem repeat) sequences in the liquid phase followed by some other method of analysis, such as gel electrophoresis.

In one aspect the invention provides a method of analysis which comprises: providing a polynucleotide target including a nucleotide at a specified position, and an oligonucleotide probe, tethered to a support, said probe being complementary to the target and terminating at or close to the said specified position; and performing the steps:

a) incubating the target with the probe to form a duplex,
b) incubating the duplex under ligation conditions with a labelled oligonucleotide complementary to the target,
c) and monitoring ligation in b) as an indication of a point mutation at the specified position in the target.

In another aspect the invention provides a method of analysis which comprises: providing a polynucleotide target having a variable number tandem repeat section and a flanking section, and an oligonucleotide probe having a section complementary to the repeat section and a flanking section of the target; and performing the steps:

a) incubating the target with the probe to form a duplex,
b) incubating the duplex with a labelled oligonucleotide and/or at least one labelled nucleotide under chain extension conditions,
c) and monitoring chain extension as an indication of the length of the variable number repeat section of the target.

A polynucleotide target is provided, in solution when the probe is tethered to a support, and may be DNA or RNA. This polynucleotide target is caused to hybridise with an oligonucleotide probe. The term oligonucleotide is used

US 6,770,751 B2

3

here, as common terminology far the primers and substrates commonly utilised by polymerase and ligase enzymes. However, the term is used in a broad sense to cover any substance that serves as a substrate for the enzymes, including single stranded chains of short or moderate length composed of the residues of nucleotides or of nucleotide analogues, and also longer chains that would ordinarily be referred to as polynucleotides.

The probe may be tethered to a support, preferably by a covalent linkage and preferably through a 5' or 3' terminal nucleotide residue. An array of oligonucleotide probes may be tethered at spaced locations, for example on a derivatised glass surface or the surface of a silicon microchip, or alternatively on individual beads.

In another aspect the invention provides an array of oligonucleotides, for analysing a polynucleotide target containing a variable sequence, in which each component oligonucleotide i) comprises a sequence complementary to the target including an expected variant of the target, and ii) is tethered to a solid support in a chemical orientation which a) permits duplex formation with the target, and b) permits chain extension only when the sequence of the oligonucleotide matches the variable sequence of the target.

In another aspect the invention provides a set or array of oligonucleotides, for analysing a polynucleotide target containing a variable number tandem repeat sequence, in which each component oligonucleotide i) comprises a sequence complementary to a part of the target-immediately adjacent the repeat sequence, ii) comprises a sequence complementary to the repeat sequence of the target and containing a number of repeats expected in the target, and iii) is configured in a way that a) permits duplex formation with the target, and b) permits chain extension only when the number of repeats in the oligonucleotide equals or is less than the number of repeats in the target.

In another aspect the invention provides an array of oligonucleotides in which different oligonucleotides occupy different locations and each oligonucleotide has a 3' nucleotide residue through which it is covalently tethered to a support and a 5' nucleotide residue which is phosphorylated.

The invention also provides a method of making an array of different oligonucleotides tethered to different locations of a support, which method comprises the steps of: providing a first intermediate oligonucleotide tethered to the support and a second intermediate oligonucleotide in solution, and a third oligonucleotide that is complementary to both the first and second intermediate oligonucleotides, forming a duplex of the third oligonucleotide with the first and second intermediate oligonucleotides, and ligating the first intermediate oligonucleotide with the second intermediate oligonucleotide; and repeating the steps with oligonucleotides tethered to different locations of the support.

## BRIEF DESCRIPTION OF THE DRAWINGS

Reference is directed to the accompanying drawings in which each of FIGS. 1 to 6 is a series of diagrams illustrating a method according to the invention.

FIG. 1 shows detection of point mutation by single base extension.

FIG. 2 shows detection of point mutation by hybridisation to allele specific oligonucleotides and chain extension.

FIG. 3A shows detection of point mutation by tag ligation to allele specific oligonucleotides.

FIG. 3B shows detection of point mutation by ligation to library of differentially tagged allele specific oligonucleotides.

4

FIG. 4A shows analysis of variable numbered tandem repeats by ligation of tag to allelic variants.

FIG. 4B shows analysis of variable number tandem repeats by ligation of tag to allelic variants.

FIG. 5 shows measurement of variable number tandem repeats by labelled chain extension.

FIG. 6 shows analysis of variable number tandem repeats by ligation of tag followed by chain extension.

## DETAILED DESCRIPTION OF THE INVENTION

Detection of Point Mutation

I. Single Base-specific Extension of Tethered Primers

In this application, the tethered oligonucleotide terminates at a position one base before the variable base in the target sequence (FIG. 1). A nucleotide precursor triphosphate or dideoxyribonucleotide triphosphate, labelled, for example with a fluorescent tag, is added in the presence of a nucleic acid synthesising enzyme which requires a specific template in order to incorporate the complementary base. In the case of DNA polymerase, the labelled base will be incorporated from a deoxyribonucleotide precursor only if the precursor base is complementary to the base in the target sequence. Thus, mutants will give a negative result.

II. Chain Extension from Tethered ASOs

In this case, the tethered oligonucleotide terminates in a base which is complementary to the variable base in the target sequence. Labelled precursor nucleoside triphosphates and polymerase are added. Polymerisation takes place only if the last base of the primer is complementary to the variable base in the target (FIG. 2). Thus, mutants will give a negative result.

III. Ligation of Tag Sequences to Tethered ASOs

In this method, the tethered oligonucleotide may end at the variable position in the target sequence, or it may end close to this position. In either case, hybridisation of the target to the tethered ASOs will produce a substrate for ligating a tag oligonucleotide only if the bases at the join are well matched (FIG. 3a). Thus, mutants which are close enough to the joining position to prevent ligation will give a negative result. Alternatively, the tethered oligonucleotide may terminate at the base before the variable position; in this case, the ligation reaction can be carried out using a mixture of tag oligonucleotides, one for each of the possible alternative variants. Each tag would be labelled differently, for example, with a different fluophore, so that those that ligated could be recognised identifying the variant base (FIG. 3b). Analysis of VNTR Lengths by Ligation to Anchored VNTRS

In this application "tag" oligonucleotides are ligated to sets of tethered oligonucleotides after hybridisation of the target, which acts as a template to bring the tags and the tethered oligonucleotides together.

In FIG. 4a, the tethered oligonucleotides comprise three parts, an "anchor" sequence which is common to all members of a VNTR set, which is attached to the solid support and which hybridises to a sequence flanking the variable region, a variable number of the repeated sequence unit, and a distal sequence. Each allele, represented by a different number of repeats, is located on a different solid support or at a different location on the same solid surface. Hybridisation of the target sequence will produce a series of duplexes, the structures of which depend on the number of units that the target contains. If the number matches the number in a tethered oligonucleotide, the target will meet the end of a tag when the tag is hybridised to the distal sequence of the tethered oligonucleotide. If the number is greater or smaller,

US 6,770,751 B2

5

there will be a gap in the duplex which reduces or prevents ligation of the tag.

In FIG. 4b, the tethered oligonucleotides comprise two parts: an "anchor" sequence which is common to all members of a VNTR set and which hybridises to a sequence flanking the repeated region, and a variable number of the repeated sequence unit. Each allele, represented by a different number of repeats, is located on a different solid support, or at a different location on the same solid surface. Hybridisation of the target sequence will produce a series of duplexes, the structures of which depend on the number of repeat units that the target contains (FIG. 4b). If the number matches the number in a tethered oligonucleotide, the latter will meet the end of the tag when the tag is hybridised to its complement in the target sequence, and form a substrate for ligation of the tag. If the number is greater or smaller, there will be a gap in the duplex which reduces or prevents ligation of the tag.

Analysis of VNTR Lengths by Chain Extension

The number of repeat units in a VNTR may vary within small limits, and in these circumstances, the method of analysis described above, using a ligase, will be appropriate; in other cases, for example the trinucleotide repeats associated with a number of human inherited disorders, the variation may be too large to analyse in this way. For a number of triplet repeats, the variation can be from around 10–50 in the normal chromosome to more than a thousand in the affected individual (Table 1). It is probably unrealistic to measure such large numbers of repeats using the ligase reaction. In these cases, where the difference between the normal and the mutant allele is large, an alternative is to measure approximately the number of repeat units using labelled precursors with a polymerising enzyme. The enzyme may be either a polymerase, such as DNA dependent DNA polymerase, or a ligase. In the former case, the oligonucleotides have to be tethered at their 5′ends to satisfy the requirement for enzymatic extension by the polymerase. The solid support carries an oligonucleotide anchor complementary to a sequence flanking the repeat unit; for example, the sequence can be that of one of the primers used to amplify the test sequence by the PCR. After hybridisation of the test sequence to the anchor, the repeat insert may be copied by a polymerase or a ligase (FIG. 5) incorporating a labelled precursor. The amount of label incorporated is proportional to the number of repeat units. Incomplete hybridisation of the target to the anchor sequence would give a deceptively low measure of the repeat number. This problem can be overcome by standardising the measurement in one of several possible ways. For example, if the target sequence itself is labelled as shown in FIG. 5, the final measurement will be a ratio of two labels: the target and the incorporated precursor.

Alternatively, in the case of a triplet repeat, incorporation will end at the point in the sequence where the missing precursor base is needed for further extension; where a ligase had been used to polymerise monomers of the basic repeat unit, this will also end at the end of the VNTR insert. At this point a labelled "capping" sequence can be added by ligation. In such cases, the measurement will be the ratio of cap to polymer labels.

Analysis of VNTR Lengths by Combining Ligation and Chain Extension

A more powerful way of analysing VNTRs which may vary in length over a wide range, would be to test first for ligation to a labelled tag oligonucleotide; this would give the results already described for targets with different lengths of repeats: a negative result where the VNTR lengths were

6

longer or shorter in the target than in the tethered oligonucleotides, and positive results where they were the same. Following ligation, which we have shown can be made to go to completion, the different length classes will behave differently as substrates for DNA polymerase. Those targets in which the repeat number is less than that of the tethered probe will not act as substrates (FIG. 6c). Targets which have the same number of repeats as the probes will not be elongated by polymerase, because the ligated tag will block extension (FIG. 6a). The only cases where extension will occur are those for which the targets are longer than the probes (FIG. 6b). If the analysis is done on an array of probes with different numbers of inserts up to a certain limit, there will be a clear indication of the number of repeats in the targets from the ligation results provided they are within the range of sizes represented in the array of probes. If, within the targets, there is one which is longer than this range, it will show up in the polymerase analysis. This test will be especially useful for the triplet repeats associated with the so-called "dynamic mutations", for example, that which is found in the fragile×mutation, where the size range varies from ca. 10–1000. It would be difficult to accommodate all of these size classes on a single array.

Experimental Support for the Claims

Properties of DNA Polymerases and Ligases

Most DNA polymerases, reverse transcriptases, some DNA dependent RNA polymerases and ligases can use as substrates one or more oligonucleotides which are bound to a long DNA strand through Watson-Crick base pairing. In the case of polymerases, an oligonucleotide is used as a primer to which the first base in the growing chain is added. In the case of ligases, two oligonucleotides are joined provided that both are paired to the DNA strand and perfectly matched in the base pairs at or close to the junction point. It is these properties that make the enzymes useful for the detection of DNA sequence variation; in particular, the requirement for specific base pairing at the site of extension or joining complements the sequence discrimination that is already provided by the Watson-Crick pairing between the oligonucleotide and the target sequence that is needed to form a stable duplex. Thus, it has been found that discrimination by hybridisation alone is most sensitive if the variant base(s) is (are) close to the middle of the oligonucleotide. By contrast, for the enzymes, discrimination is highest if the variant mismatching bases are close to the end where the extension or join takes place. Together, hybridisation under stringent conditions and enzymatic extension or joining provide greater discrimination than either alone, and several methods have been developed to exploit this combination in systems for genetic analysis [references in cotton, 1993]. The hybridisation and the enzyme reaction are normally carried out in solution, following which the product is captured on a solid support, or separated by gel electrophoresis for detection and/or measurement.

In one embodiment, the invention described here employs oligonucleotides coupled to a solid surface, so that the advantages of working in mixed phase are brought to all steps: hybridisation, enzymatic extension or joining, and detection. This provides great sensitivity and convenience. As many different oligonucleotides can be bound to one surface in an array, it enables many different sequences to be analysed together, in a single reaction; this also ensures that all reactions are carried out under identical conditions, making comparisons more reliable.

Support-bound Oligonucleotides

Two different methods have been developed for making oligonucleotides bound to a solid support: they can be

US 6,770,751 B2

7

synthesised in situ, or presynthesised and attached to the support. In either case, it is possible to use the support-bound oligonucleotides in a hybridisation reaction with oligonucleotides in the liquid phase to form duplexes; the excess of oligonucleotide in solution can then be washed away. Hybridisation can be carried out under stringent conditions, so that only well-matched duplexes are stable. When enzymes are to be used, the chemical orientation of the oligonucleotide is important; polymerases add bases to the 3'end of the chain; ligases join oligonucleotides which are phosphorylated at the 5'end to those with a 3'-OH group. Oligonucleotides tethered to the solid substrate through either end can be made in situ by using the appropriate phosphoramidite precursors [references in Beaucage and Iyer, 1992]; or presynthesised oligonucleotides can be fixed through appropriate groups at either end. We will demonstrate that oligonucleotides can be phosphorylated at the 5' end in situ using ATP and polynucleotide kinase, or they may be phosphorylated chemically [Horn and Urdea, 1986].
Tethered Oligonucleotides as Substrates for DNA Modifying Enzymes

The applications envisaged here require that the oligonucleotides tethered to the solid substrate can take part in reactions catalysed by DNA polymerases and ligases.
DNA polymerase

The M13 sequencing primer-5'-GTAAAACGACGGCCAGT-3'-(SEQ ID No. 1) attached to aminated polypropylene through its 5' end was synthesised as described. A solution of M13 DNA (single-strand, replicative form, 0.1 $\mu$l, 200 ng/$\mu$l) was applied in two small spots to the surface of the derivatised polypropylene. A solution containing three non-radioactive deoxyribonucleotide triphosphates, dATP, dGTP, TTP (10 $\mu$mol each), $\alpha^{32}$P-dCTP (10 $\mu$Ci), Taq DNA polymerase and appropriate salts, was applied over a large area of the polypropylene, including the area where the M13 DNA had been spotted. The polypropylene was incubated at 37° C. for 1 hr in a vapour saturated chamber. It was then washed in 1% SDS at 100° C. for one minute, and exposed to a storage phosphor screen for one minute and scanned in a phosphorimager. The regions where the DNA had been applied showed a high level of radioactivity, against a low background where no DNA had been applied. This experiment shows that oligonucleotides tethered to a solid support can act as primers for DNA-dependent synthesis by DNA polymerase, as required for applications using this enzyme for mutation detection.

Experiments described below show that both polynucleotide kinase and DNA ligase can be used to modify oligonucleotides tethered to a solid support. There are several ways in which phosphorylated oligonucleotides and the ligase reaction can be used to detect sequence variation.
Methods for Making Arrays of Sequence Variants
1. Allele Specific Oligonucleotides for Point Mutations

For the preferred embodiment, it will be necessary to use oligonucleotides tethered to a solid support. The support may take the form of particles, for example, glass spheres, or magnetic beads. In this case the reactions could be carried out in tubes, or in the wells of a microtiter plate. Methods for both synthesising oligonucleotides and for attaching presynthesised oligonucleotides to these materials are known [Stahl et al., 1988]. Methods for making arrays of ASO's representing point mutations are described in patent application PCT/GB89/00460 and in Maskos and Southern (1993). We also demonstrated how oligonucleotides tethered to a solid support in an array could distinguish mutant from wild type alleles by molecular hybridisation.

For the present invention, the same methods could be used to create oligonucleotide arrays of ASOs, but in order that

8

they can be used as substrates for the enzymes, they need to be modified; for ligation, it may be necessary to phosphorylate the 5' end; for extension by polymerase it will be necessary to attach to oligonucleotides to the solid substrate by their 5' ends.
2. Arrays for Scanning Regions for Mutations

It is often desirable to scan a relatively short region of a gene or genome for point mutations: for example, many different sites are mutated in the CFTR gene to give rise to cystic fibrosis; similarly, the p53 tumour suppressor gene can be mutated at many sites. The large numbers of oligonucleotides needed to examine all potential sites in the sequence can be made by efficient combinatorial methods [Southern et al., 1994]. A modification of the protocol could allow such arrays to be used in conjunction with enzymes to look for mutations at all sites in the target sequence.
3. VNTRs

The most commonly used VNTRs are repeats of very short units, typically mono to tetranucleotides. However, there is another class, the minisatellites, in which the repeat unit is somewhat longer, up to 20 or more nucleotides. The short repeats may be made using chemical synthesis; in the case of repeats with large numbers of repeat units, it would be more economical to use a synthetic route which used the repeat unit as a reactant, rather than building them up one base at a time; such methods have been used to make polynucleotides by chemical synthesis. An attractive alternative would be to build the repeat units by ligating the monomer units; they could be added stepwise, one unit at a time providing a method could be found to block one end to prevent polymerisation; for example the oligonucleotide building block may be terminated by a hydroxyl group, which is then phosphorylated after ligation so that the unit becomes an acceptor for the next one; the monomer may have a phosphate group protected by a cleavable group, such as a photocleavable group, which can be removed after ligation to allow a subsequent ligation [Pillai, 1980]. A second alternative, which would be especially favourable for longer units such the minisatellites, would be to attach either cloned or enzymatically amplified molecules to the solid support. For example, each variant sequence could be amplified by the PCR, using a biotinylated oligonucleotide for one of the primers. The strand starting with this group could then be attached to a streptavidin coated surface, and the other strand removed by melting [Stahl et al., 1988].

EXAMPLE 1
Demonstration of the Analysis of Length Polymorphism by Ligation to an Array of VNTRs

An array of VNTRs was made as described in FIG. 4b, in which the anchor sequence was 5'-tgtagtggtgtgatcaaggc-3' (SEQ ID No. 2). The repeat unit was 5'-cttt-3'; stripes, ca 3 mm wide, of sequence variants of the form: Anchor-Repeat$_N$, with N=4–10, were made as stripes on the surface of a sheet of polypropylene. The synthesis was carried out using 3'-deoxyribophosphoramidites, this chemical orientation produces oligonucleotides tethered through their 3' ends to the polypropylene, and a free 5' hydroxyl group. To create a substrate for ligation, this OH group was phosphorylated by immersing a strip of the polypropylene (3 mm×18 mm), carrying the array of oligonucleotides, in 0.5 ml of a solution containing 4 mM ATP and 77.6 units of polynucleotide kinase with buffer and Mg$^{++}$ according to the supplier's instructions. The reaction was left for 6 hours at 37° C.; the strip was removed and immersed in boiling water to kill the polynucleotide kinase. The target sequences, which are complementary to elements of the array oligonucleotides and to the ligation tag, 5'-Anchor-Repeat$_{10}$-Tag and

US 6,770,751 B2

9

5'-Anchor-Repeat$_5$-Tag were added to 0.5 ml of a solution, preheated to 95° C., containing the tag, 5'-gtggtcactaaagtttctgct-3', (SEQ ID No. 3), which had been labelled at its 5' end using polynucleotide kinase and $^{33}$P-gamma-ATP, thermal ligase (500 units), and buffer and salts according to the supplier's instructions. The polypropylene strip was immersed in the hot solution, which was then allowed to cool to 68° C., and left at this temperature for 16 hours. The polypropylene strip was removed and placed in 25% formamide at 95° C. for 5 minutes, rinsed in water at the same temperature, dried and exposed to a storage phosphor screen, from which an image of the radioactivity was collected. The results showed counts close to background over most of the array; counts on Anchor-Repeat$_5$ and Anchor-Repeat$_{10}$ were more than five times those over adjacent cells in the array. This experiment indicates that the ligase is able to distinguish length variants of the repeat sequence and gives optimum ligation only when the number of repeats in the target matches that in the allele specific oligonucleotide in the array. Thus, it should easily be possible to detect the two allelic variants in a heterozygote.

Ligation and/or polymerisation is possible if the oligonucleotide is tethered through the 5' end. The oligonucleotides can be synthesised in situ using deoxyribophosphoramidites with 3' dimethoxytrityl groups and 5' phosphoramidite (reverse phosphoramidites). It is unnecessary to phosphorylate the tethered polynucleotide for ligation assays since the phosphate needed for ligation is provided by the tag oligonucleotide.

EXAMPLE 2

Analysis of VNTR Lengths

An array of VNTR's was made as described in FIG. **4**B, with the oligonucleotides anchored through their 5' ends. The repeat unit was 5' ttca and the anchoring sequence 5' cttatttccctca (SEQ ID No. 4). Stripes 6 mm wide of sequence variants of the form: Anchor-Repeat$_N$ where N=4–8 were made on the surface of a sheet of polypropylene using "reverse" phosphoramidite monomers.

Analysis by Ligation

A strip of the array (30 mm×2 mm) was immersed in a solution of 600 pmols of the target oligonucleotide 5' cacagactccatgg(tgaa)$_6$tgagggaaataag, (SEQ ID No. 5), 1.4 pmol of oligo 5' ccatggagtctgtg (SEQ ID No. 6) (labelled at its 5' end using polynucleotide kinase and $^{33}$P gamma ATP) and buffer and salts according to the suppliers instructions, the total volume being 293 $\mu$l. The solution was heated to 65° C. and 7 $\mu$l of Tth DNA ligase added. The reaction was then cooled to 37° C. and left at that temperature for 18 hrs. After removal from the reaction solution the strip was washed in T.E. buffer, blotted dry and exposed to a storage phosphor screen from which an image of the radioactivity was taken. The results showed that the target sequence ligated to the correct sequence with a higher yield than to the shorter and longer sequences in adjacent cells of the array.

EXAMPLE 3

Analysis by Ligation and Polymerisation

A strip of the array (30 mm×2 mm) from Example 2 was added to a solution of 200 pmols of the target oligonucleotide 5' cacagactccatgg(tgaa)$_6$tgagggaaataag, 200 pmol of oligo 5' ccatggagtctgtg (chemically phosphorylated at the 5' end) with buffer and salts according to the suppliers instructions, the total volume being 243 $\mu$l. The solution was heated to 85° C. and cooled to 37° C. over a period of 30 mins. 7 $\mu$l of Tth DNA ligase added and the reaction mixture heated at 34° C. for 17 hrs. The strip was removed and added to a solution of 8 mM DTT, 3.3 pmol $^{32}$P alpha

10

dTTP, 13 units sequenase version 2.0 and buffer and salts according to the suppliers instructions. The total volume was 250 $\mu$l. After heating at 37° C. for 3 hrs the strip was removed from the reaction solution, washed in TE buffer, blotted dry and exposed to a storage phosphor screen from which an image of the radioactivity was taken. The results showed counts equal to background over the area of the array where repeats were equal in length or greater than the repeat length of the target, with 20 times the signal in the areas where the repeat length of the array was shorter than the repeat length in the target.

EXAMPLE 4

Analysis by Polymerisation

Two types of polymerase analysis were carried out where reporter nucleotides were chosen, in one case to identify the correct repeat length, and in the other case to identify shorter repeat lengths. This is made possible when the repeat sequence comprises less than all four bases.

In the former case a base is chosen which is present in the repeat sequence and is different from the first base in the flanking sequence. In the latter case a base is chosen to be complementary to the first base in the flanking sequence which is absent from the repeat.

A strip of the array from Example 2 (30 mm×2 mm) was added to a solution of 500 pmols of the target oligonucleotide 5' cacagactccatgg(tgaa)$_6$tgagggaaataag in buffer and salts at a concentration 1.09 times the suppliers instructions, the total volume being 275 $\mu$l. The solution was heated to 75° C. for 5 minutes and cooled to 37° C. over a period of 25 mins. The solution was removed and added to 3.3 pmols $^{32}$P alpha dCTP, 5 $\mu$l 1M DTT. 13 units of Sequenase version 2.0 and water to give a final volume of 295 $\mu$l. This solution was added to the array and heated at 37° C. for 15 hrs 40 mins. The polypropylene strip was removed, washed in water and exposed to a storage phosphor screen. The results showed counts of 5 times more for the correct sequence than shorter sequences with longer repeats and twice for the correct sequence compared with longer repeats.

A similar strip of the array (30 mm×2 mm) was added to a solution of 500 pmols of the target oligonucleotide 5' cacagactccatgg(tgaa)$_6$tgagggaaataag in buffer and salts 1.09 times the suppliers instructions, the total volume being 275 $\mu$l. The solution was heated to 75° C. for 5 mins and cooled to 37° C. over a period of 25 mins. The solution was removed and added to 3.3 pmols $^{32}$P alpha dTTP, 5 $\mu$l 1M DTT, 13 units of Sequenase version 2.0 and water to give a final volume of 295 $\mu$l. This solution was added to the array and heated at 37° C. for 15 hrs 40 mins. The polypropylene strip was removed, washed in water and exposed to a storage phosphor screen. The results showed counts of 4.5 times more for the shorter array sequences than the correct and longer repeat lengths.

EXAMPLE 5

VNTR Analysis by Ligation

In an experiment similar to the one described in Example 1, an array was created using the human fes/fps locus sequence as a target. The anchor sequence 5' agagatgtagtct-cattctttcgccaggctgg 3' (SEQ ID No. 7) was the actual flanking sequence to the attt repeats of the fes/fps microsatellite (EMBL Accession No X06292 M14209 M14589) as it occurs in human genomic DNA. Using a target oligonucleotide representing the 10 repeat allele and ligating a $^{33}$P labelled 5' flanking sequence (5' g gag aca agg ata gca gtt c 3') (SEQ ID No. 8) and doing a similar experiment to that described above, the resulting radioactivity on the anchor-repeat$_{10}$ cell was over 10 fold than that on adjacent cells in the array.

US 6,770,751 B2

**11**

EXAMPLE 6

Demonstration of Stepwise Ligation of Oligonucleotides Bound to a Solid Support

A primer oligodeoxynucleotide—5' PO$_4$ gta aaa cga cgg cca gt 3' (SEQ ID No. 9), attached to aminated polypropylene through its 3' end, was synthesised and phosphorylated as described. A small square (2 mm×2 mm) piece of this material was placed in standard ligation buffer, with template oligonucleotide 5' tcg ttt tac cgt cat gcg tcc tct ctc 3' (SEQ ID No. 10) (250 nM) and a protected ligator oligonucleotide 5' NB PO$_4$ cgc atg acg 3' (250 nM) and $^{33}$P labelled extender oligonucleotide 5' gag aga gga 3', where NB is a protecting group based on a photocleavable o-nitrobenzyl derivative. The NB protected phosphate of the ligator oligonucleotide had previously been shown to be unable to take part in the ligation reaction. The NB group had also been shown to be removable by uv light to leave a fully functional phosphate group. To this mixture was added thermus thermophilus DNA ligase (Advanced Biotechnologies) 25 u and the reaction incubated at room temperature for 6 hours. The mixture was then irradiated with uv light (20 minutes room temperature) and incubated for a further 12 hours. The polypropylene patch was then washed with 30% formamide at 95° C. for 5 minutes, and exposed to a storage phosphor screen for 24 hours and scanned in a phosphorimager. The patch showed a level of radioactivity 50 fold higher than a patch treated in a similar fashion but without addition of the central "ligator" oligonucleotide. In a similar experiment using a phosphorylated ligator oligonucleotide a similar amount of radioactive extender oligonucleotide became covalently attached to a third polypropylene/oligonucleotide primer square.

EXAMPLE 7

Demonstration of Point Mutation Analysis by Ligation to Allele Specific Oligonucleotides Attached to Solid Supports

Four tethered ASOs 5' (gca or t)ag aga gga 3', differing only at their 5' base, were synthesised as described above, with the 3' end attached to aminated polypropylene. Phosphorylation was carried out as described and four squares of polypropylene carrying each ASO were placed in standard ligation buffer along with complementary target oligonucleotide 5' tcc tct ctc cgt cat gcg tat cgt tca at 3' (SEQ ID No. 11) (250 nM). After addition of $^{33}$P labelled ligator oligonucleotide 5' cgc atg acg 3' (10 nM) and thermus thermophilus DNA ligase (100 u), the mixture was incubated at 37° C. for 18 hours. The ASO which was fully complementary to the target oligonucleotide was found to have acquired 100-fold greater radioactivity through ligation of the labelled ligator than the non-complementary ASOs.

EXAMPLE 8

Demonstration of DNA Ligation Specificity

In a model experiment to assess the specificity of TTh DNA ligase, ligator and extender deoxyoligonucleotides were ligated together by means of hybridisation to an oligonucleotide template and ligation by DNA ligase.

Template oligonucleotide 5' tcc tct ctc cgt cat gcg tat cgt tca at 3' (SEQ ID No. 12) (250 nM), phosphorylated, $^{33}$P labelled, extender oligonucleotide 5' PO$_4$gag aga gga 3' (10 nM) and ligator oligonucleotide 5' gca gta cg 3' (250 nM) were mixed together in standard ligation buffer with DNA ligase 25 u. This mixture was incubated at 35° C. Samples of this mixture were removed and the reaction stopped by addition of formamide at 15, 30, 60, 120, and 240 minutes. The ligated and unligated products were separated by 20% denaturing polyacrylamide gel electrophoresis. The gel was exposed to a phosphor screen for 18 hours and scanned by

**12**

a phosphorimager. The relative proportions of ligated to unligated products of the reaction were then measured. 50% of the extender sequence had been ligated to the ligator sequence in 30 minutes. By comparison in a similar experiment with ligator 5' gca tga g 3' after 30 minutes only 1% of the extender sequence had become ligated.

Other polymerases and ligases such as Taq polymerase, Thermosequenase, T4 DNA ligase and *E.Coli* DNA ligase have also been shown to be useful in experiments similar to those described above.

REFERENCES

1. Beaucage, S. L. and Iyer, R. P. (1992). Advances in the synthesis of oligonucleotides by the phosphoramidite approach. Tetrahedron 48: 2223–2311.
2. Conner, B. J., Reyes, A. A., Morin, C., Itakura, K., Teplitz, R. L., and Wallace, R. B. (1983). Detection of sickle cell β$^s$ globin allele by hybridization with synthetic oligonucleotides. Proc. Natl. Acad. Sci. USA 80: 278–282.
3. Cooper, D. N., and Krawczak, M. (1989). The mutational spectrum of single base-pair substitutions causing human genetic disease: patterns and predictions. Hum. Genet. 85: 55–74.
4. Cotton, R G, (1993) Current methods of mutation detection. Mutation Research 285: 125–144.
5. Horn, T., and Urdea, M. (1986) Chemical phosphorylation of oligonucleotides. Tetrahedron Letters 27: 4705.
6. Khrapko, K. R., Lysov, Yu. P., Khorlyn, A. A., Shick, V. V., Florentiev, V. L., and Mirzabekov. (1989). An oligonucleotide hybridization approach to DNA sequencing. FEBS Lett. 256: 118–122.
7. Krawczak M. and Schmidtke, J. (1994). DNA fingerprinting. BIOS Scientific Publishers.
8. Maskos, U., and Southern, E. M., (1993) A novel method for the analysis of multiple sequence variants by hybridisation to oligonucleotides. Nucleic Acids Research, 21: 2267–2268.
9. Pillai, V. N. R.(1980). Photoremovable protecting groups in organic chemistry Synthesis 39: 1–26.
10. Southern, E. M. (1988). Analyzing Polynucleotide Sequences. International Patent Application PCT/GB89/00460.
11. Southern, E. M., Maskos, U. and Elder, J. K. (1992). Analysis of Nucleic Acid Sequences by Hybridization to Arrays of Oligonucleotides: Evaluation using Experimental Models. Genomics 12:1008–1017.
12. Southern, E. M., Case-Green, Elder, J. K. Johnson, M., Mir, K. U., Wang, L., and Williams, J. C. (1994). Arrays of complementary oligonucleotides for analysing the hybridisation behaviour of nucleic acids. Nucleic Acids Res. 22: 1368–1373.
13. Stahl, S., Hultman, T., Olsson, A., Moks, T. D and, Uhlen, M. (1988) Solid phase DNA sequencing using the biotin-avidin system. Nucleic Acids Res. 16: 3025–38.
14. Veerle, A. M. C. S., Moerkerk, P. T. M. M., Murtagh, J. J., Jr., Thunnissen, F. B. J. M (1994) A rapid reliable method for detection of known point mutations: Point-EXACCT. Nucleic Acids Research 22: 4840–4841.
15. Virnekas, B., Liring, G., Pluckthon, K., Schneider, C., Wellhofer, G. and Moroney, S. E. (1994) Trinucleotide phosphoramidites: ideal reagents for the synthesis of mixed oligonucleotides for random mutagenesis. Nucleic Acids Research 22: 5600–5607.
16. Willems, P. J. (1994) Dynamic mutations hit double figures. Nature Genetics 8: 213–216.

US 6,770,751 B2

13        14

DNA sequences of triplet repeats

| Condition | Repeat | Normal | Preexpansion | Expanded | Reference |
|---|---|---|---|---|---|
| FRAXA | CGG/CCG | 10—50 | 38—50 | 200—1000 | Verkerk e tal. 1991 |
| FRAXE | CGG/CCG | | | 200—1000 | Knight et al. 1993 |
| FRAXF | GCC/CGG | 6—18 | ? | 300—500 | Parrish et al. 1994 |
| FRAX16A | CGG/CCG | | | 1000—2000 | Nancarrow et al. 1994 |
| SBMA | CAG | 11—31 | ? | 40—62 | Tilley et al. 1994 |
| Huntington | CAG | 11—34 | 30—34 | 42—100 | Huntington group 1993 |
| SCA1 | CAG | 25—36 | ? | 43—81 | Orr et al. 1993 |
| DRPLA/HRS | CAG | | | ≦100 | Burke et al. 1994 |
| Machado-Joseph | CAG/CTG | ~26 | ? | 68—79 | Kawaguchi et al. 1994 |

SEQUENCE LISTING

<160> NUMBER OF SEQ ID NOS: 12

<210> SEQ ID NO 1
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic –
    other dna

<400> SEQUENCE: 1

gtaaaacgac ggccagt               17

<210> SEQ ID NO 2
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic –
    other dna

<400> SEQUENCE: 2

tgtagtggtg tgatcaaggc             20

<210> SEQ ID NO 3
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic –
    other dna

<400> SEQUENCE: 3

gtggtcacta aagtttctgc t            21

<210> SEQ ID NO 4
<211> LENGTH: 13
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic –
    other dna

US 6,770,751 B2

15                                                                    16

-continued

```
<400> SEQUENCE: 4

cttatttccc tca                                                       13


<210> SEQ ID NO 5
<211> LENGTH: 51
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 5

cacagactcc atggtgaatg aatgaatgaa tgaatgaatg agggaaataa g             51


<210> SEQ ID NO 6
<211> LENGTH: 14
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 6

ccatggagtc tgtg                                                      14


<210> SEQ ID NO 7
<211> LENGTH: 32
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 7

agagatgtag tctcattctt tcgccaggct gg                                  32


<210> SEQ ID NO 8
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:snythetic -
      other dna

<400> SEQUENCE: 8

ggagacaagg atagcagttc                                                20


<210> SEQ ID NO 9
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 9

gtaaaacgac ggccagt                                                   17


<210> SEQ ID NO 10
<211> LENGTH: 27
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 10
```

US 6,770,751 B2

17                                                                                      18

-continued

```
tcgttttacc gtcatgcgtc ctctctc                                                27


<210> SEQ ID NO 11
<211> LENGTH: 27
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 11

tcctctctcc gtcatgcgta tcgttca                                                27


<210> SEQ ID NO 12
<211> LENGTH: 27
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 12

tcctctctcc gtcatgcgta tcgttca                                                27
```

What is claimed is:

1. An array of oligonucleotide probes, for analysing a polynucleotide target containing a variable sequence, in which each component oligonucleotide (i) comprises a sequence complementary to the target including an expected variant of the target, (ii) has a free 3'-OH group and/or a free 5'-phosphate, and (iii) is tethered to a solid support in an orientation which (a) permits duplex formation with the target, and (b) permits ligation or chain extension only when the sequence of the oligonucleotide matches the variable sequence of the target.

2. The array of claim 1, wherein the probes are tethered by a covalent linkage.

3. The array of claim 1, wherein the probes are tethered through a 5' or 3' nucleotide.

4. The array of claim 1, wherein the probes are tethered at spaced locations on a derivatised glass surface or on the surface of a silicon microchip or on propylene.

5. The array of claim 1, wherein the probes are tethered to individual beads.

6. The array of claim 1, wherein the probes are synthesised in situ.

7. The array of claim 1, wherein the probes are pre-synthesised.

8. An array of oligonucleotide probes, for analysing a polynucleotide target containing a variable number tandem repeat sequence, in which each component oligonucleotide is tethered to a solid support and (i) comprises a sequence complementary to a part of the target immediately adjacent the repeat sequence, (ii) has a free 3'-OH group and/or a free 5'-phosphate, (iii) comprises a sequence complementary to the repeat sequence of the target and containing a number of repeats expected in the target, and (iv) is configured in a way that (a) permits duplex formation with the target, and (b) permits ligation or chain extension only when the number of repeats in the oligonucleotide equals or is less than the number of repeats in the target.

9. The array of claim 8, wherein each component oligonucleotide (iv) is configured in a way that (b) permits chain extension: by ligation only when the number of repeats in the oligonucleotide equals the number of repeats in the target; or by polymerisation only when the number of repeats in the oligonucleotide is less than the number of repeats in the target.

10. The array of claim 8, wherein the probes are tethered by a covalent linkage.

11. The array of claim 8, wherein the probes are tethered through a 5' or 3' nucleotide.

12. The array of claim 8, wherein the probes are tethered at spaced locations on a derivatised glass surface or on the surface of a silicon microchip or on propylene.

13. The array of claim 8, wherein the probes are tethered to individual beads.

14. The array of claim 8, wherein the probes are synthesised in situ.

15. The array of claim 8, wherein the probes are pre-synthesised.

* * * * *

# EXHIBIT  3

US007192707B2

(12) **United States Patent**
Southern et al.

(10) Patent No.: **US 7,192,707 B2**
(45) Date of Patent: **\*Mar. 20, 2007**

(54) **METHODS FOR ANALYZING POLYNUCLEOTIDE TARGETS USING TETHERED OLIGONUCLEOTIDE PROBES**

(75) Inventors: **Edwin Mellor Southern**, Kidlington (GB); **Clare Elizabeth Pritchard**, Abingdon (GB); **Stephen Charles Case-Green**, Oxford (GB)

(73) Assignee: **Oxford Gene Technology IP Limited**, Oxfordshire (GB)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 449 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/701,605**

(22) Filed: **Nov. 6, 2003**

(65) **Prior Publication Data**

US 2005/0266408 A1    Dec. 1, 2005

**Related U.S. Application Data**

(62) Division of application No. 09/934,604, filed on Aug. 23, 2001, now Pat. No. 6,700,751, which is a division of application No. 09/502,778, filed on Feb. 11, 2000, now Pat. No. 6,307,039, which is a division of application No. 08/930,798, filed as application No. PCT/GB96/00848 on Apr. 9, 1996, now Pat. No. 6,150,095.

(30) **Foreign Application Priority Data**

Apr. 9, 1996    (GB)    ................................. 9507238.5

(51) **Int. Cl.**
*C12Q 1/68* (2006.01)
*C12P 19/34* (2006.01)

(52) **U.S. Cl.** ........................................ 435/6; 435/91.1

(58) **Field of Classification Search** .................. 435/6, 435/91.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,797,355 A | 1/1989 | Stabinsky | ...................... 435/6 |
| 4,851,331 A | 7/1989 | Vary et al. | ..................... 435/6 |
| 5,348,853 A | 9/1994 | Wang et al. | ................... 435/6 |
| 5,679,524 A | 10/1997 | Nikiforov et al. | ............. 435/6 |

(Continued)

FOREIGN PATENT DOCUMENTS

EP        0 185 494        6/1986

(Continued)

OTHER PUBLICATIONS

A. C. Syvanen et al. "Detection of Point Mutations by Solid-Phase Methods", Human Mutation vol. 3, pp. 172-179, 1994.

(Continued)

*Primary Examiner*—Kenneth R. Horlick
(74) *Attorney, Agent, or Firm*—Wenderoth, Lind & Ponack, L.L.P.

(57) **ABSTRACT**

A method of analyzing a polynucleotide target involves incubating the target with an oligonucleotide probe, generally an array of immobilized oligonucleotide probes, to form a duplex, and using ligase or polymerase to extend one chain of the duplex. A point mutation or variable number tandem repeat section may be analyzed. Arrays of immobilized oligonucleotides are provided for use in the method.

**25 Claims, 7 Drawing Sheets**



## US 7,192,707 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,700,637 | A | 12/1997 | Southern | ...................... 435/6 |
| 5,723,320 | A | 3/1998 | Dehlinger | ................. 435/91.1 |
| 5,759,779 | A | 6/1998 | Dehlinger | ...................... 435/6 |
| 5,800,994 | A | 9/1998 | Martinelli et al. | ............. 435/6 |
| 5,858,659 | A | 1/1999 | Sapolsky et al. | .............. 436/6 |
| 5,981,176 | A | 11/1999 | Wallace | ...................... 435/6 |
| 6,004,744 | A | 12/1999 | Goelet et al. | ............. 435/5 |
| 6,013,431 | A | 1/2000 | Soderlund et al. | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 246 864 | 11/1987 |
| EP | 0 552 545 A1 | 7/1993 |
| EP | 0 721 016 | 7/1996 |
| WO | 89/10977 | 11/1989 |
| WO | 90/09455 | 8/1990 |
| WO | 91/13075 | 9/1991 |
| WO | 92/15712 | 9/1992 |
| WO | 93/25563 | 12/1993 |
| WO | 94/11530 | 5/1994 |
| WO | 95/00669 | 1/1995 |
| WO | 95/04160 | 2/1995 |
| WO | 95/09248 | 4/1995 |
| WO | 95/21271 | 8/1995 |
| WO | 95/27078 | 10/1995 |

### OTHER PUBLICATIONS

J. Prosser, "Detecting Single-Base Mutations", Trends in Biotechnology, vol. 11, pp. 238-246, Jun. 1993.

C. Pritchard et al., "Spatially Addressable Ligation Assays: Application of Oligonucleotide Arrays to DNA Fingerprinting", Innovation Perspect Solid Phase Synth. Comb. Libr. Collect Pap. Int. Symp. 4th, pp. 499-502, 1996.

T. Nikiforov et al., "Genetic Bit Analysis: A Solid Phase Method for Typing Single Nucleotide Polymorphisms", Nucleic Acids Research, vol. 22, No. 20, pp. 4167-4175, 1994.

S. Case-Green et al., "Studies on the Base Pairing Properties of Deoxyinosine by Solid Phase Hybridisation to Oligonucleotides", Nucleic Acids Research, vol. 22, No. 2, pp. 131-136, 1994.

J. Shumaker et al., "Mutation Detection by Solid Phase Primer Extension", Human Mutation, vol. 7, pp. 346-354, 1996.

A. Jalanko et al., "Screening for Defined Cystic Fibrosis Mutations by Solid-Phase Minisequencing", Clin. Chem., vol. 38, No. 1, pp. 39-43, 1992.

Fig.1

Detection of point mutation by single base extension



Fig.2

Detection of point mutation by hybridisation to ASOs
and chain extension





Fig.3

A. Detection of point mutation by tag ligation to ASOs



B. Detection of point mutation by ligation to library of differentially tagged ASOs



Fig.4a

Analysis of VNTRs by ligation of tag to allelic variants

A. Target repeats equal probe



B. Target repeats more than probe



C. Target repeats less than probe



Fig.4b

Analysis of VNTRs by ligation of tag to allelic variants

A. Target repeats equal probe



B. Target repeats more than probe



C. Target repeats less than probe



Fig.5

Measurement of VNTRs by labelled chain extension



Number of repeats
proportional to */ó

Fig.6

Analysis of VNTRs by ligation of tag followed by chain extension

A. Target repeats equal probe



B. Target repeats more than probe



C. Target repeats less than probe



US 7,192,707 B2

1

# METHODS FOR ANALYZING POLYNUCLEOTIDE TARGETS USING TETHERED OLIGONUCLEOTIDE PROBES

This application is a divisional of Ser. No. 09/934,604 filed Aug. 23, 2001, now U.S. Pat. No. 6,770,751, which is a divisional of Ser. No. 09/502,778 filed Feb. 11, 2000, now U.S. Pat. No. 6,307,039, which is a divisional of Ser. No. 08/930,798 filed Oct. 6, 1997, now U.S. Pat. No. 6,150,095, which is a U.S. National Stage of International Application No. PCT/GB96/00848 filed Apr. 9, 1996.

## BACKGROUND OF THE INVENTION

Detection of variation in DNA sequences forms the basis of many applications in modern genetic analysis: it is used in linkage analysis to track disease genes in human pedigrees or economically important traits in animal and plant breeding programmes; it forms the basis of fingerprinting methods used in forensic and paternity testing [Krawczak and Schmidtke, 1994]; it is used to discover mutations in biologically and clinically important genes [Cooper and Krawczak, 1989]. The importance of DNA polymorphism is underlined by the large number of methods that have been developed to detect and measure it [Cotton, 1993]. Most of these methods depend on one of two analytical procedures, gel electrophoresis or molecular reassociation, to detect sequence variation. Each of these powerful procedures has its drawbacks. Gel electrophoresis has very high resolving power, and is especially useful for the detection of variation in the mini- and microsatellite markers that are used in linkage analysis and fingerprinting; it is also the method used to analyse the variation found in the triplet repeats that cause a number of mutations now known to be the cause of around ten genetic disorders in humans [Willems, 1994]. Despite its great success and widespread use, gel electrophoresis has proved difficult to automate: even the systems which automate data collection require manual gel preparation; and as samples are loaded by hand, it is easy to confuse samples. The continuous reading electrophoresis machines are expensive, and manual analysis is technically demanding, so that its use is confined to specialised laboratories which have a high throughput. Furthermore, difficulties in measuring fragment size preclude rigorous statistical analysis of the results.

By contrast, oligonucleotide hybridisation lends itself to automation and to quantitative analysis [Southern et al., 1992], but it is not well suited to the analysis of variation in the number of repeats in the micro- and minisatellites, as the small fractional change in the number of repeats produces a barely detectable change in signal strength; and of course it would not be possible to distinguish two alleles in the same sample as each would contribute to a single intensity measurement. Thus, many different combinations of alleles would produce the same signal. Present hybridisation methods are much better suited to analysing variation in the DNA due to point mutation—base substitution deletions and insertions, for which it is possible to design allele specific oligonucleotides (ASOs) that recognise both the wild type and the mutant sequences [Conner et al., 1983]. Thus it is possible in principle, in a relatively simple test, to detect all possible genotypes. However, a problem that arises in practice in the use of oligonucleotide hybridisation is that in some cases the extent of reassociation is barely affected by a mismatched base pair.

2

## BRIEF SUMMARY OF THE INVENTION

The invention describes a general approach which can be applied to all forms of variation commonly used as DNA markers for genetic analysis. It combines sequence-specific hybridisation to oligonucleotides, which in the preferred embodiment are tethered to a solid support, with enzymatic reactions which enhance the discrimination between matching and non-matching duplexes, and at the same time provide a way of attaching a label to indicate when or which reaction has taken place. Two enzymatic reactions, chain extension by DNA dependent DNA polymerases and DNA strand-joining by DNA ligases, are dependent on perfect matching of sequences at or around the point of extension or joining. As we shall show, there are several ways in which these enzymes can be used with sequence-specific oligonucleotides to detect variation in target sequences.

In all cases, the sequence to be analysed, the target sequence, will be available as a nucleic acid molecule, and may be a DNA molecule produced, for example, by the polymerase chain reaction. However, the methods are not confined to analysis of DNA produced in this way. In all applications, the target sequence is first captured by hybridisation to oligonucleotides which are preferably tethered to a solid support; for example, the oligonucleotides may be synthesised in situ as described [Maskos and Southern, 1992]; or they may be presynthesised and then coupled to the surface [Khrapko et al, 1991].

In one aspect of the invention the novelty arises from the exploitation of enzymes in combination with substrates or primers tethered to solid supports. A further novelty exploits the observation that DNA ligases and polymerases can be used to distinguish sequence variants which differ in the number of units of a tandemly repeating sequence. This observation is surprising, as tandemly repeated sequences can form duplex in any register, thus in principle, length variants can form duplexes which match at the ends even when the two strands contain different numbers of repeat units. Although we demonstrate the application of this method in conjunction with tethered oligonucleotides, it should be evident that this reaction could be used to analyse VNTR (variable number tandem repeat) sequences in the liquid phase followed by some other method of analysis, such as gel electrophoresis.

In one aspect the invention provides a method of analysis which comprises: providing a polynucleotide target including a nucleotide at a specified position, and an oligonucleotide probe, tethered to a support, said probe being complementary to the target and terminating at or close to the said specified position; and performing the steps:
a) incubating the target with the probe to form a duplex,
b) incubating the duplex under ligation conditions with a labelled oligonucleotide complementary to the target,
c) and monitoring ligation in b) as an indication of a point mutation at the specified position in the target.

In another aspect the invention provides a method of analysis which comprises: providing a polynucleotide target having a variable number tandem repeat section and a flanking section, and an oligonucleotide probe having a section complementary to the repeat section and a flanking section of the target; and performing the steps:
a) incubating the target with the probe to form a duplex,
b) incubating the duplex with a labelled oligonucleotide and/or at least one labelled nucleotide under chain extension conditions,
c) and monitoring chain extension as an indication of the length of the variable number repeat section of the target.

US 7,192,707 B2

3

A polynucleotide target is provided, in solution when the probe is tethered to a support, and may be DNA or RNA. This polynucleotide target is caused to hybridise with an oligonucleotide probe. The term oligonucleotide is used here, as common terminology far the primers and substrates commonly utilised by polymerase and ligase enzymes. However, the term is used in a broad sense to cover any substance that serves as a substrate for the enzymes, including single stranded chains of short or moderate length composed of the residues of nucleotides or of nucleotide analogues, and also longer chains that would ordinarily be referred to as polynucleotides.

The probe may be tethered to a support, preferably by a covalent linkage and preferably through a 5' or 3' terminal nucleotide residue. An array of oligonucleotide probes may be tethered at spaced locations, for example on a derivatised glass surface or the surface of a silicon microchip, or alternatively on individual beads.

In another aspect the invention provides an array of oligonucleotides, for analysing a polynucleotide target containing a variable sequence, in which each component oligonucleotide i) comprises a sequence complementary to the target including an expected variant of the target, and ii) is tethered to a solid support in a chemical orientation which a) permits duplex formation with the target, and b)permits chain extension only when the sequence of the oligonucleotide matches the variable sequence of the target.

In another aspect the invention provides a set or array of oligonucleotides, for analysing a polynucleotide target containing a variable number tandem repeat sequence, in which each component oligonucleotide i) comprises a sequence complementary to a part of the target immediately adjacent the repeat sequence, ii) comprises a sequence complementary to the repeat sequence of the target and containing a number of repeats expected in the target, and iii) is configured in a way that a) permits duplex formation with the target, and b) permits chain extension only when the number of repeats in the oligonucleotide equals or is less than the number of repeats in the target.

In another aspect the invention provides an array of oligonucleotides in which different oligonucleotides occupy different locations and each oligonucleotide has a 3' nucleotide residue through which it is covalently tethered to a support and a 5' nucleotide residue which is phosphorylated.

The invention also provides a method of making an array of different oligonucleotides tethered to different locations of a support, which method comprises the steps of: providing a first intermediate oligonucleotide tethered to the support and a second intermediate oligonucleotide in solution, and a third oligonucleotide that is complementary to both the first and second intermediate oligonucleotides, forming a duplex of the third oligonucleotide with the first and second intermediate oligonucleotides, and ligating the first intermediate oligonucleotide with the second intermediate oligonucleotide; and repeating the steps with oligonucleotides tethered to different locations of the support

BRIEF DESCRIPTION OF THE DRAWINGS

Reference is directed to the accompanying drawings in which each of FIGS. 1 to 6 is a series of diagrams illustrating a method according to the invention.

FIG. 1 shows detection of point mutation by single base extension.

FIG. 2 shows detection of point mutation by hybridisation to allele specific oligonucleotides and chain extension.

4

FIG. 3A shows detection of point mutation by tag ligation to allele specific oligonucleotides.

FIG. 3B shows detection of point mutation by ligation to library of differentially tagged allele specific oligonucleotides.

FIG. 4A shows analysis of variable numbered tandem repeats by ligation of tag to allelic variants.

FIG. 4B shows analysis of variable number tandem repeats by ligation of tag to allelic variants.

FIG. 5 shows measurement of variable number tandem repeats by labelled chain extension.

FIG. 6 shows analysis of variable number tandem repeats by ligation of tag followed by chain extension.

DETAILED DESCRIPTION OF THE INVENTION

Detection of Point Mutation

I. Single Base-Specific Extension of Tethered Primers.

In this application, the tethered oligonucleotide terminates at a position one base before the variable base in the target sequence (FIG. 1). A nucleotide precursor triphosphate or dideoxyribonucleotide triphosphate, labelled, for example with a fluorescent tag, is added in the presence of a nucleic acid synthesising enzyme which requires a specific template in order to incorporate the complementary base. In the case of DNA polymerase, the labelled base will be incorporated from a deoxyribonucleotide precursor only if the precursor base is complementary to the base in the target sequence. Thus, mutants will give a negative result.

II. Chain Extension from Tethered ASOs.

In this case, the tethered oligonucleotide terminates in a base which is complementary to the variable base in the target sequence. Labelled precursor nucleoside triphosphates and polymerase are added. Polymerisation takes place only if the last base of the primer is complementary to the variable base in the target (FIG. 2). Thus, mutants will give a negative result.

III. Ligation of Tag Sequences to Tethered ASOs.

In this method, the tethered oligonucleotide may end at the variable position in the target sequence, or it may end close to this position. In either case, hybridisation of the target to the tethered ASOs will produce a substrate for ligating a tag oligonucleotide only if the bases at the join are well matched (FIG. 3a). Thus, mutants which are close enough to the joining position to prevent ligation will give a negative result. Alternatively, the tethered oligonucleotide may terminate at the base before the variable position; in this case, the ligation reaction can be carried out using a mixture of tag oligonucleotides, one for each of the possible alternative variants. Each tag would be labelled differently, for example, with a different fluophore, so that those that ligated could be recognised identifying the variant base (FIG. 3b).

Analysis of VNTR Lengths by Ligation to Anchored VNTRS

In this application "tag" oligonucleotides are ligated to sets of tethered oligonucleotides after hybridisation of the target, which acts as a template to bring the tags and the tethered oligonucleotides together.

In FIG. 4a, the tethered oligonucleotides comprise three parts, an "anchor" sequence which is common to all members of a VNTR set, which is attached to the solid support and which hybridises to a sequence flanking the variable region, a variable number of the repeated sequence unit, and

5

a distal sequence. Each allele, represented by a different number of repeats, is located on a different solid support or at a different location on the same solid surface. Hybridisation of the target sequence will produce a series of duplexes, the structures of which depend on the number of units that the target contains. If the number matches the number in a tethered oligonucleotide, the target will meet the end of a tag when the tag is hybridised to the distal sequence of the tethered oligonucleotide. If the number is greater or smaller, there will be a gap in the duplex which reduces or prevents ligation of the tag.

In FIG. 4b, the tethered oligonucleotides comprise two parts: an "anchor" sequence which is common to all members of a VNTR set and which hybridises to a sequence flanking the repeated region, and a variable number of the repeated sequence unit. Each allele, represented by a different number of repeats, is located on a different solid support, or at a different location on the same solid surface. Hybridisation of the target sequence will produce a series of duplexes, the structures of which depend on the number of repeat units that the target contains (FIG. 4b). If the number matches the number in a tethered oligonucleotide, the latter will meet the end of the tag when the tag is hybridised to its complement in the target sequence, and form a substrate for ligation of the tag. If the number is greater or smaller, there will be a gap in the duplex which reduces or prevents ligation of tag.

Analysis of VNTR Lengths by Chain Extension

The number of repeat units in a VNTR may vary within small limits, and in these circumstances, the method of analysis described above, using a ligase, will be appropriate; in other cases, for example the trinucleotide repeats associated with a number of human inherited disorders, the variation may be too large to analyse in this way. For a number of triplet repeats, the variation can be from around 10–50 in the normal chromosome to more than a thousand in the affected individual (Table 1). It is probably unrealistic to measure such large numbers of repeats using the ligase reaction. In these cases, where the difference between the normal and the mutant allele is large, an alternative is to measure approximately the number of repeat units using labelled precursors with a polymerising enzyme. The enzyme may be either a polymerase, such as DNA dependent DNA polymerase, or a ligase. In the former case, the oligonucleotides have to be tethered at their 5' ends to satisfy the requirement for enzymatic extension by the polymerase. The solid support carries an oligonucleotide anchor complementary to a sequence flanking the repeat unit; for example, the sequence can be that of one of the primers used to amplify the test sequence by the PCR. After hybridisation of the test sequence to the anchor, the repeat insert may be copied by a polymerase or a ligase (FIG. 5) incorporating a labelled precursor. The amount of label incorporated is proportional to the number of repeat units. Incomplete hybridisation of the target to the anchor sequence would give a deceptively low measure of the repeat number. This problem can be overcome by standardising the measurement in one of several possible ways. For example, if the target sequence itself is labelled as shown in FIG. 5, the final measurement will be a ratio of two labels: the target and the incorporated precursor.

Alternatively, in the case of a triplet repeat, incorporation will end at the point in the sequence where the missing precursor base is needed for further extension; where a ligase had been used to polymerise monomers of the basic repeat unit, this will also end at the end of the VNTR insert.

6

At this point a labelled "capping" sequence can be added by ligation. In such cases, the measurement will be the ratio of cap to polymer labels.

Analysis of VNTR Lengths by Combining Ligation and Chain Extension

A more powerful way of analysing VNTRs which may vary in length over a wide range, would be to test first for ligation to a labelled tag oligonucleotide; this would give the results already described for targets with different lengths of repeats: a negative result where the VNTR lengths were longer or shorter in the target than in the tethered oligonucleotides, and positive results where they were the same. Following ligation, which we have shown can be made to go to completion, the different length classes will behave differently as substrates for DNA polymerase. Those targets in which the repeat number is less than that of the tethered probe will not act as substrates (FIG. 6c). Targets which have the same number of repeats as the probes will not be elongated by polymerase, because the ligated tag will block extension (FIG. 6a). The only cases where extension will occur are those for which the targets are longer than the probes (FIG. 6b). If the analysis is done on an array of probes with different numbers of inserts up to a certain limit, there will be a clear indication of the number of repeats in the targets from the ligation results provided they are within the range of sizes represented in the array of probes. If, within the targets, there is one which is longer than this range, it will show up in the polymerase analysis. This test will be especially useful for the triplet repeats associated with the so-called "dynamic mutations", for example, that which is found in the fragile X mutation, where the size range varies from ca. 10–1000. It would be difficult to accommodate all of these size classes on a single array.

Experimental Support for the Claims

Properties of DNA Polymerases and Lipases

Most DNA polymerases, reverse transcriptases, some DNA dependent RNA polymerases and ligases can use as substrates one or more oligonucleotides which are bound to a long DNA strand through Watson-Crick base pairing. In the case of polymerases, an oligonucleotide is used as a primer to which the first base in the growing chain is added. In the case of ligases, two oligonucleotides are joined provided that both are paired to the DNA strand and perfectly matched in the base pairs at or close to the junction point. It is these properties that make the enzymes useful for the detection of DNA sequence variation; in particular, the requirement for specific base pairing at the site of extension or joining complements the sequence discrimination that is already provided by the Watson-Crick pairing between the oligonucleotide and the target sequence that is needed to form a stable duplex. Thus, it has been found that discrimination by hybridisation alone is most sensitive if the variant base(s) is (are) close to the middle of the oligonucleotide. By contrast, for the enzymes, discrimination is highest if the variant mismatching bases are close to the end where the extension or join takes place. Together, hybridisation under stringent conditions and enzymatic extension or joining provide greater discrimination than either alone, and several methods have been developed to exploit this combination in systems for genetic analysis [references in cotton, 1993]. The hybridisation and the enzyme reaction are normally carried out in solution, following which the product is captured on a solid support, or separated by gel electrophoresis for detection and/or measurement.

In one embodiment, the invention described here employs oligonucleotides coupled to a solid surface, so that the

US 7,192,707 B2

7

advantages of working in mixed phase are brought to all steps: hybridisation, enzymatic extension or joining, and detection. This provides great sensitivity and convenience. As many different oligonucleotides can be bound to one surface in an array, it enables many different sequences to be analysed together, in a single reaction; this also ensures that all reactions are carried out under identical conditions, making comparisons more reliable.

Support-Bound Oligonucleotides

Two different methods have been developed for making oligonucleotides bound to a solid support: they can be synthesised in situ, or presynthesised and attached to the support. In either case, it is possible to use the support-bound oligonucleotides in a hybridisation reaction with oligonucleotides in the liquid phase to form duplexes; the excess of oligonucleotide in solution can then be washed away. Hybridisation can be carried out under stringent conditions, so that only well-matched duplexes are stable. When enzymes are to be used, the chemical orientation of the oligonucleotide is important; polymerases add bases to the 3' end of the chain; ligases join oligonucleotides which are phosphorylated at the 5' end to those with a 3'-OH group. Oligonucleotides tethered to the solid substrate through either end can be made in situ by using the appropriate phosphoramidite precursors [references in Beaucage and Iyer, 1992]; or presynthesised oligonucleotides can be fixed through appropriate groups at either end. We will demonstrate that oligonucleotides can be phosphorylated at the 5' end in situ using ATP and polynucleotide kinase, or they may be phosphorylated chemically [Horn and Urdea, 1986].

Tethered Oligonucleotides as Substrates for DNA Modifying Enzymes

The applications envisaged here require that the oligonucleotides tethered to the solid substrate can take part in reactions catalysed by DNA polymerases and ligases.

DNA Polymerase

The M13 sequencing primer-5'-GTAAAACGACGGC-CAGT-3'-(SEQ ID No. 1) attached to aminated polypropylene through its 5' end was synthesised as described. A solution of M13 DNA (single-strand, replicative form, 0.1 $\mu$l, 200 ng/$\mu$l) was applied in two small spots to the surface of the derivatised polypropylene. A solution containing three non-radioactive deoxyribonucleotide triphosphates, dATP, dGTP, TTP (10$\mu$mol each), $\alpha^{32}$P-dCTP (10 $\mu$Ci), Taq DNA polymerase and appropriate salts, was applied over a large area of the polypropylene, including the area where the M13 DNA had been spotted. The polypropylene was incubated at 37° C. for 1 hr in a vapour saturated chamber. It was then washed in 1% SDS at 100° C. for one minute, and exposed to a storage phosphor screen for one minute and scanned in a phosphorimager. The regions where the DNA had been applied showed a high level of radioactivity, against a low background where no DNA had been applied. This experiment shows that oligonucleotides tethered to a solid support can act as primers for DNA-dependent synthesis by DNA polymerase, as required for applications using this enzyme for mutation detection.

Experiments described below show that both polynucleotide kinase and DNA ligase can be used to modify oligonucleotides tethered to a solid support. There are several ways in which phosphorylated oligonucleotides and the ligase reaction can be used to detect sequence variation.

8

Methods for Making Arrays of Sequence Variants.

1. Allele Specific Oligonucleotides for Point Mutations.

For the preferred embodiment, it will be necessary to use oligonucleotides tethered to a solid support. The support may take the form of particles, for example, glass spheres, or magnetic beads. In this case the reactions could be carried out in tubes, or in the wells of a microtitre plate. Methods for both synthesising oligonucleotides and for attaching presynthesised oligonucleotides to these materials are known [Stahl et al., 1988]. Methods for making arrays of ASO's representing point mutations were described in patent application PCT/GB89/00460 and in Maskos and Southern (1993). We also demonstrated how oligonucleotides tethered to a solid support in an array could distinguish mutant from wild type alleles by molecular hybridisation.

For the present invention, the same methods could be used to create oligonucleotide arrays of ASOs, but in order that they can be used as substrates for the enzymes, they need to be modified; for ligation, it may be necessary to phosphorylate the 5' end; for extension by polymerase it will be necessary to attach to oligonucleotides to the solid substrate by their 5' ends.

2. Arrays for Scanning Regions for Mutations.

It is often desirable to scan a relatively short region of a gene or genome for point mutations: for example, many different sites are mutated in the CFTR gene to give rise to cystic fibrosis; similarly, the p53 tumour suppressor gene can be mutated at many sites. The large numbers of oligonucleotides needed to examine all potential sites in the sequence can be made by efficient combinatorial methods [Southern et al., 1994]. A modification of the protocol could allow such arrays to be used in conjunction with enzymes to look for mutations at all sites in the target sequence.

3. VNTRs.

The most commonly used VNTRs are repeats of very short units, typically mono to tetranucleotides. However, there is another class, the minisatellites, in which the repeat unit is somewhat longer, up to 20 or more nucleotides. The short repeats may be made using chemical synthesis; in the case of inserts with large numbers of repeat units, it would be more economical to use a synthetic route which used the repeat unit as a reactant, rather than building them up one base at a time; such methods have been used to make polynucleotides by chemical synthesis. An attractive alternative would be to build the repeat units by ligating the monomer units; they could be added stepwise, one unit at a time provided a method could be found to block one end to prevent polymerisation; for example the oligonucleotide building block may be terminated by a hydroxyl group, which is then phosphorylated after ligation so that the unit becomes an acceptor for the next one; the monomer may have a phosphate group protected by a cleavable group, such as a photocleavable group, which can be removed after ligation to allow a subsequent ligation [Pillai, 1980]. A second alternative, which would be especially favourable for longer units such the minisatellites, would be to attach either cloned or enzymatically amplified molecules to the solid support. For example, each variant sequence could be amplified by the PCR, using a biotinylated oligonucleotide for one of the primers. The strand starting with this group could then be attached to a streptavidin coated surface, and the other strand removed by melting [Stahl et al., 1988].

US 7,192,707 B2

9

10

## EXAMPLE 1

Demonstration of the Analysis of Length Polymorphism by Ligation to an Array of VNTRs

An array of VNTRs was made as described in FIG. 4b, in which the anchor sequence was 5'-tgtagtggtgtgatcaaggc-3' (SEQ ID No. 2). The repeat unit was 5'-cttt-3'; stripes, ca 3 mm wide, of sequence variants of the form: Anchor-Repeat$_N$, with N=4–10, were made as stripes on the surface of a sheet of polypropylene. The synthesis was carried out using 3'-deoxyribophosphoramidites, this chemical orientation produces oligonucleotides tethered through their 3' ends to the polypropylene, and a free 5' hydroxyl group. To create a substrate for ligation, this OH group was phosphorylated by immersing a strip of the polypropylene (3 mm ×18 mm), carrying the array of oligonucleotides, in 0.5 ml of a solution containing 4 mM ATP and 77.6 units of polynucleotide kinase with buffer and Mg++ according to the supplier's instructions. The reaction was left for 6 hours at 37° C.; the strip was removed and immersed in boiling water to kill the polynucleotide kinase. The target sequences, which are complementary to elements of the array oligonucleotides and to the ligation tag, 5'-Anchor-Repeat$_{10}$-Tag and 3'-Anchor-Repeat$_5$-Tag were added to 0.5 ml of a solution, preheated to 95° C. containing the tag, 5'-gtggtcactaaagtttct-gct-3' (SEQ ID No. 3), which had been labelled at its 5' end using polynucleotide kinase and $^{33}$P-gamma-ATP, thermal ligase (500 units), and buffer and salts according to the supplier's instructions. The polypropylene strip was immersed in the hot solution, which was then allowed to cool to 68° C., and left at this temperature for 16 hours. The polypropylene strip was removed and placed in 25% formamide at 95° C. for 5 minutes, rinsed in water at the same temperature, dried and exposed to a storage phosphor screen, from which an image of the radioactivity was collected. The results showed counts close to background over most of the array; counts on Anchor-Repeat$_5$ and Anchor-Repeat$_{10}$ were more than five times those over adjacent cells in the array. This experiment indicates that the ligase is able to distinguish length variants of the repeat sequence and gives optimum ligation only when the number of repeats in the target matches that in the allele specific oligonucleotide in the array. Thus, it should easily be possible to detect the two allelic variants in a heterozygote.

Ligation and/or polymerisation is possible if the oligonucleotide is tethered through the 5' end. The oligonucleotides can be synthesised in situ using deoxyribophosphoramidites with 3' dimethoxytrityl groups and 5' phosphoramidite (reverse phosphoramidites). It is unnecessary to phosphorylate the tethered polynucleotide for ligation assays since the phosphate needed for ligation is provided by the tag oligonucleotide.

## EXAMPLE 2

Analysis of VNTR Lengths

An array of VNTR's was made as described in FIG. 4B, with the oligonucleotides anchored through their 5' ends. The repeat unit was 5' ttca and the anchoring sequence 5' cttatttccctca (SEQ ID No. 4). Stripes 6 mm wide of sequence variants of the form: Anchor-Repeat$_N$ where N=4–8 were made on the surface of a sheet of polypropylene using "reverse" phosphoramidite monomers.

Analysis by Ligation

A strip of the array (30 mm×2 mm) was immersed in a solution of 600 pmols of the target oligonucleotide 5'

cacagactccatgg(tgaa)$_6$tgagggaaataag (SEQ ID No. 5), 1.4 pmol of oligo 5'ccatggagtctgtg (SEQ ID No. 6) (labelled at its 5' end using polynucleotide kinase and $^{33}$P gamma ATP) and buffer and salts according to the suppliers instructions, the total volume being 293 µl. The solution was heated to 65° C. and 7 µl of Tth DNA ligase added. The reaction was then cooled to 37° C. and left at that temperature for 18 hrs. After removal from the reaction solution the strip was washed in T. E. buffer, blotted dry and exposed to a storage phosphor screen from which an image of the radioactivity was taken. The results showed that the target sequence ligated to the correct sequence with a higher yield than to the shorter and longer sequences in adjacent cells of the array.

## EXAMPLE 3

Analysis by Ligation and Polymerisation

A strip of the array (30 mm×2 mm) from Example 2 was added to a solution of 200 pmols of the target oligonucleotide 5' cacagactccatgg(tgaa)$_6$tgagggaaataag, 200 pmol of oligo 5' ccatggagtctgtg (chemically phosphorylated at the 5' end) with buffer and salts according to the suppliers instructions, the total volume being 243 µl. The solution was heated to 85° C. and cooled to 37° C. over a period of 30 mins. 7 µl of Tth DNA ligase was added and the reaction mixture heated at 34° C. for 17 hrs. The strip was removed and added to a solution of 8 mM DTT, 3.3 pmol $^{32}$p dTTP, 13 units sequenase version 2.0 and buffer and salts according to the suppliers instructions. The total volume was 250 µl. After heating at 37° C. for 3 hrs the strip was removed from the reaction solution, washed in TE buffer, blotted dry and exposed to a storage phosphor screen from which an image of the radioactivity was taken. The results showed counts equal to background over the area of the array where repeats were equal in length or greater than the repeat length of the target, with 20 times the signal in the areas where the repeat length of the array was shorter than the repeat length in the target.

## EXAMPLE 4

Analysis by Polymerisation

Two types of polymerase analysis were carried out where reporter nucleotides were chosen, in one case to identify the correct repeat length, and in the other case to identify shorter repeat lengths. This is made possible when the repeat sequence comprises less than all four bases.

In the former case a base is chosen which is present in the repeat sequence and is different from the first base in the flanking sequence. In the latter case a base is chosen to be complementary to the first base in the flanking sequence which is absent from the repeat.

A strip of the array from Example 2 (30 mm×2 mm) was added to a solution of 500 pmols of the target oligonucleotide 5' cacagactccatgg(tgaa)$_6$tgagggaaataag in buffer and salts at a concentration 1.09 times the suppliers instructions, the total volume being 275 µl. The solution was heated to 75° C. for 5 minutes and cooled to 37° C. over a period of 25 mins. The solution was removed and added to 3.3 pmols $^{32}$P alpha dCTP, 5 µl 1M DTT. 13 units of Sequenase version 2.0 and water to give a final volume of 295 µl. This solution was added to the array and heated at 37° C. for 15 hrs 40 mins. The polypropylene strip was removed, washed in water and exposed to a storage phosphor screen. The results showed counts of 5 times more for the correct sequence than shorter sequences and twice for the correct sequence compared with longer repeats.

US 7,192,707 B2

11

12

A similar strip of the array (30 mm×2 mm) was added to a solution of 500 pmols of the target oligonucleotide 5' cacagactccatgg(tgaa)₆tgagggaaataag in buffer and salts 1.09 times the suppliers instructions, the total volume being 275 μl. The solution was heated to 75° C. for 5 mins and cooled to 37° C. over a period of 25 mins. The solution was removed and added to 3.3 pmols ³²P alpha dTTP, 5 μl 1M DTT, 13 units of Sequenase version 2.0 and water to give a final volume of 295 μl. This solution was added to the array and heated at 37° C. for 15 hrs 40 mins. The polypropylene strip was removed, washed in water and exposed to a storage phosphor screen. The results showed counts of 4.5 times more for the shorter array sequences than the correct and longer repeat lengths.

EXAMPLE 5

VNTR Analysis by Ligation

In an experiment similar to the one described in Example 1, an array was created using the human fes/fps locus sequence as a target. The anchor sequence 5'agagatgtagtct-cattctttcgccaggctgg 3' (SEQ ID No. 7) was the actual binding sequence to the attt repeats of the fes/fps microsatellite (EMBL Accession No X06292 M14209 M14589) as it occurs in human genomic DNA. Using a target oligonucle-otide representing the 10 repeat allele and ligating a ³³P labelled 5' flanking sequence (5' g gag aca agg ata gca gtt c3') (SEQ ID No. 8) and doing a similar experiment to that described above, the resulting radioactivity on the anchor-repeat₁₀ cell was over 10 fold that on adjacent cells in the array.

EXAMPLE 6

Demonstration of Stepwise Ligation of Oligonucleotides Bound to a Solid Support.

A primer oligodeoxynucleotide-5' PO₄ gta aaa cga cgg cca gt 3' (SEQ ID No. 9), attached to aminated polypropylene through its 3' end, was synthesised and phosphorylated as described. A small square (2 mm×2 mm) piece of this material was placed in standard ligation buffer, with template oligonucleotide 5'tcg ttt tac cgt cat gcg tcc tct ctc 3' (SEQ ID No. 10) (250 nM) and a protected ligator oligo-nucleotide 5' NB PO₄ cgc atg acg 3' (250 nM) and ³³P labelled extender oligonucleotide 5' gag aga gga 3', where NB is a protecting group based on a photocleavable o-ni-trobenzyl derivative. The NB protected phosphate of the ligator oligonucleotide had previously been shown to be unable to take part in the ligation reaction. The NB group had also been shown to be removable by uv light to leave a fully functional phosphate group. To this mixture was added thermus thermophilus DNA ligase (Advanced Biotechnolo-gies) 25 u and the reaction incubated at room temperature for 6 hours. The mixture was then irradiated with uv light (20 minutes room temperature) and incubated for a further 12 hours. The polypropylene patch was then washed with 30% formamide at 95° C. for 5 minutes, and exposed to a storage phosphor screen for 24 hours and scanned in a phosphorim-ager. The patch showed a level of radioactivity 50 fold higher than a patch treated in a similar fashion but without addition of the central "ligator" oligonucleotide. In a similar experiment using a phosphorylated ligator oligonucleotide a similar amount of radioactive extender oligonucleotide became covalently attached to a third polypropylene/oligo-nucleotide primer square.

EXAMPLE 7

Demonstration of Point Mutation Analysis by Ligation to Allele Specific Oligonucleotides Attached to Solid Supports

Four tethered ASOs 5' (gca or t)ag aga gga 3', differing only at their 5' base, were synthesised as described above, with the 3' end attached to aminated polypropylene. Phos-phorylation was carried out as described and four squares of polypropylene carrying each ASO were placed in standard ligation buffer along with complementary target oligonucle-otide 5' tcc tct ctc cgt cat gcg tat cgt tca at 3' (SEQ ID No. 11) (250 nM). After addition of ³³P labelled ligator oligo-nucleotide 5' cgc atg acg 3' (10 nM) and thermus thermo-philus DNA ligase (100 u), the mixture was incubated at 37° C. for 18 hours. The ASO which was fully complementary to the target oligonucleotide was found to have acquired 100-fold greater radioactivity through ligation of the labelled ligator than the non-complementary ASOs.

EXAMPLE 8

Demonstration of DNA Ligation Specificity

In a model experiment to assess the specificity of TTh DNA ligase, ligator and extender deoxyoligonucleotides were ligated together by means of hybridisation to an oligonucleotide template and ligation by DNA ligase.

Template oligonucleotide 5' tcc tct ctc cgt cat gcg tat cgt tca at 3' (SEQ ID No. 12) (250 nM), phosphorylated, ³³P labelled, extender oligonucleotide 5' PO₄gag aga gga 3' (10 nM) and ligator sequence 5' gca gta cg 3' (250 nM) were mixed together in standard ligation buffer with DNA ligase 25 u. This mixture was incubated at 35° C. Samples of this mixture were removed and the reaction stopped by addition of formamide at 15, 30, 60, 120 and 240 minutes. The ligated and unligated products were separated by 20% denaturing polyacrylamide gel electrophoresis. The gel was exposed to a phosphor screen for 18 hours and scanned by a phosphorimager. The relative proportions of ligated to unligated products of the reaction were then measured. 50% of the extender sequence had been ligated to the ligator sequence in 30 minutes. By comparison in a similar experi-ment with ligator 5' gca tga ag 3' after 30 minutes only 1% of the extender sequence had become ligated.

Other polymerases and ligases such as Taq polymerase, Thermosequenase, T4 DNA ligase and E. Coli DNA ligase have also been shown to be useful in experiments similar to those described above.

REFERENCES

1. Beaucage, S. L. and Iyer, R. P. (1992). Advances in the synthesis of oligonucleotides by the phosphoramidite approach. Tetrahedron 48: 2223–2311.
2. Conner, B. J., Reyes, A. A., Morin, C., Itakura, K., Teplitz, R. L., and Wallace, R. B. (1983). Detection of sickle cell β⁵ globin allele by hybridization with synthetic oligo-nucleotides. Proc. Natl. Acad. Sci. USA 80: 278–282.
3. Cooper, D. N., and Krawczak, M. (1989). The mutational spectrum of single base-pair substitutions causing human genetic disease: patterns and predictions. Hum. Genet. 85: 55–74.
4. Cotton, R G, (1993) Current methods of mutation detec-tion. Mutation Research 285: 125–144.

US 7,192,707 B2

<table>
<tr><td>13</td><td>14</td></tr>
</table>

5. Horn, T., and Urdea, M. (1986) Chemical phosphorylation of oligonucleotides. Tetrahedron Letters 27: 4705.

6. Khrapko, K. R., Lysov, Yu. P., Khorlyn, A. A., Shick, V. V., Florentiev, V. L., and Mirzabekov. (1989). An oligonucleotide hybridization approach to DNA sequencing. FEBS Lett. 256: 118–122.

7. Krawczak M. and Schmidtke, J. (1994). DNA fingerprinting. BIOS Scientific Publishers.

8. Maskos, U., and Southern, E. M., (1993) A novel method for the analysis of multiple sequence variants by hybridisation to oligonucleotides. Nucleic Acids Research, 21: 2267–2268.

9. Pillai, V. N. R.(1980). Photoremovable protecting groups in organic chemistry Synthesis 39: 1–26.

10. Southern, E. M. (1988). Analyzing Polynucleotide Sequences. International Patent Application PCT/GB89/00460.

11. Southern, E. M., Maskos, U. and Elder, J. K. (1992). Analysis of Nucleic Acid Sequences by Hybridization to Arrays of Oligonucleotides: Evaluation using Experimental Models. Genomics 12: 1008–1017.

12. Southern, E. M., Case-Green, Elder, J. K. Johnson, M., Mir, K. U., Wang, L., and Williams, J. C. (1994). Arrays of complementary oligonucleotides for analysing the hybridisation behaviour of nucleic acids. Nucleic Acids Res. 22:, 1368–1373.

13. Stahl, S., Hultman, T., Olsson, A., Moks, T. D and, Uhlen, M. (1988) Solid phase DNA sequencing using the biotin-avidin system. Nucleic Acids Res. 16: 3025–38.

14. Veerle, A. M. C. S., Moerkerk, P. T. M. M., Murtagh, J. J., Jr., Thunnissen, F. B. J. M (1994) A rapid reliable method for detection of known point mutations: Point-EXACCT. Nucleic Acids Research 22: 4840–4841.

15. Virnekas, B., Liring, G., Pluckthon, K., Schneider, C., Welihofer, G. and Moroney, S. E. (1994) Trinucleotide phosphoramidites: ideal reagents for the synthesis of mixed oligonucleotides for random mutagenesis. Nucleic Acids Research 22: 5600–5607.

16. Willems, P. J. (1994) Dynamic mutations hit double figures. Nature Genetics 8: 213–216.

DNA Sequences of Triplet Repeats

| Condition | Repeat | Normal | Preexpansion | Expanded | Reference |
|---|---|---|---|---|---|
| FRAXA | CGG/CCG | 10–50 | 38–50 | 200–1000 | Verkerk et al. 1991 |
| FRAXE | CGG/CCG | | | 200–1000 | Knight et al. 1993 |
| FRAXF | GCC/CGG | 6–18 | ? | 300–500 | Parrish et al. 1994 |
| FRAX16A | CGG/CCG | | | 1000–2000 | Nancarrow et al. 1994 |
| SBMA | CAG | 11–31 | ? | 40–62 | Tilley et al. 1994 |
| Huntington | CAG | 11–34 | 30–34 | 42–100 | Huntington group 1993 |
| SCA1 | CAG | 25–36 | ? | 43–81 | Orr et al. 1993 |
| DRPLA/HRS | CAG | | | ≦100 | Burke et al. 1994 |
| Machado-Joseph | CAG/CTG | ~26 | ? | 68–79 | Kawaguchi et al. 1994 |

```
                    SEQUENCE LISTING


<160> NUMBER OF SEQ ID NOS: 12


<210> SEQ ID NO 1
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna


<400> SEQUENCE: 1

gtaaaacgac ggccagt                                                    17


<210> SEQ ID NO 2
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna


<400> SEQUENCE: 2

tgtagtggtg tgatcaaggc                                                 20


<210> SEQ ID NO 3
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Unknown
```

US 7,192,707 B2

15 16

─continued

```
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 3

gtggtcacta aagtttctgc t                                         21


<210> SEQ ID NO 4
<211> LENGTH: 13
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 4

cttatttccc tca                                                  13


<210> SEQ ID NO 5
<211> LENGTH: 51
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 5

cacagactcc atggtgaatg aatgaatgaa tgaatgaatg agggaaataa g         51


<210> SEQ ID NO 6
<211> LENGTH: 14
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 6

ccatggagtc tgtg                                                 14


<210> SEQ ID NO 7
<211> LENGTH: 32
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 7

agagatgtag tctcattctt tcgccaggct gg                             32


<210> SEQ ID NO 8
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:snythetic -
      other dna

<400> SEQUENCE: 8

ggagacaagg atagcagttc                                           20


<210> SEQ ID NO 9
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
```

-continued

```
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 9

gtaaaacgac ggccagt                                          17


<210> SEQ ID NO 10
<211> LENGTH: 27
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 10

tcgttttacc gtcatgcgtc ctctctc                               27


<210> SEQ ID NO 11
<211> LENGTH: 27
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 11

tcctctctcc gtcatgcgta tcgttca                               27


<210> SEQ ID NO 12
<211> LENGTH: 27
<212> TYPE: DNA
<213> ORGANISM: Unknown
<220> FEATURE:
<223> OTHER INFORMATION: Description of Unknown Organism:synthetic -
      other dna

<400> SEQUENCE: 12

tcctctctcc gtcatgcgta tcgttca                               27
```

The invention claimed is:

1. A method of analysis which comprises: providing a polynucleotide target including a nucleotide at a specified position, and two or more different oligonucleotide probes tethered to different locations of a support in the form of an array, each said probe being complementary to the target including an expected variant of the target and terminating at or close to the said specified position; and performing the steps:

(a) incubating the target with the probes to form duplex(es),

(b) incubating the duplex(es) under (i) ligation conditions with a labelled oligonucleotide complementary to the target or (ii) chain extension conditions with at least one labelled nucleotide; and

(c) monitoring addition of the nucleotide/oligonucleotide to a probe by ligation or chain extension in step (b) as an indication of a point mutation at the specified position in the target.

2. The method of claim 1, wherein an enzyme is used in step (b).

3. The method of claim 2, wherein the enzyme is a polymerase or a ligase.

4. The method of claim 3, wherein the enzyme is a DNA polymerase, a reverse transcriptase, or a RNA polymerase.

5. The method of claim 3, wherein the enzyme is a Taq polymerase, a Thermosequenase, a T4 DNA ligase or a *E. coli* DNA ligase.

6. The method of claim 1, wherein the probes are tethered by a covalent linkage.

7. The method of claim 1, wherein the probes are tethered through a 5' or 3' nucleotide.

8. The method of claim 1, wherein the probes are tethered at spaced locations on a derivatised glass surface or on the surface of a silicon microchip or on polypropylene.

9. The method of claim 1, wherein the probes are tethered to individual beads.

10. The method of claim 1, wherein the labelled oligonucleotide or nucleotide is fluorescently labelled.

11. The method of claim 1, wherein labelled nucleoside triphosphates are added prior to step (c).

12. The method of claim 11, wherein the nucleoside triphosphates are deoxyribonucleotide triphosphates.

13. A method of analysis which comprises: providing a polynucleotide target having a variable number tandem repeat section and a flanking section, and two or more different oligonucleotide probes tethered to different locations of a support in the form of an array, each said probe having a section complementary to the repeat section and a flanking section of the target; and performing the steps:

US 7,192,707 B2

19

20

(a) incubating the target with the probes to form duplex(es),

(b) incubating the duplex(es) under (i) ligation conditions with a labelled oligonucleotide complementary to the target and/or (ii) chain extension conditions with at least one labelled nucleotide; and

(c) monitoring addition of the nucleotide/oligonucleotide to a probe or target by ligation or chain extension in step (b) as an indication of the length of the variable number repeat section of the target.

**14**. The method of claim **13**, wherein the polynucleotide target has a variable number tandem repeat section and two flanking sections, and wherein in step (b) labelled oligonucleotide(s) is/are ligated to the probe strand of the duplex(es).

**15**. The method of claim **13**, wherein an enzyme is used in step (b).

**16**. The method of claim **15**, wherein the enzyme is a polymerase or a ligase.

**17**. The method of claim **16**, wherein the enzyme is a DNA polymerase, a reverse transcriptase, or a RNA polymerase.

**18**. The method of claim **15**, wherein the enzyme is a Taq polymerase, a Thermosequenase, a T4 DNA ligase or a *E. coil* DNA ligase.

**19**. The method of claim **13**, wherein the probes are tethered by a covalent linkage.

**20**. The method of claim **13**, wherein the probes are tethered through a 5' or 3' nucleotide.

**21**. The method of claim **13**, wherein the probes are tethered at spaced locations on a derivatised glass surface or on the surface of a silicon microchip or on polypropylene.

**22**. The method of claim **13**, wherein the probes are tethered to individual beads.

**23**. The method of claim **13**, wherein the labelled oligonucleotide or nucleotide is fluorescently labelled.

**24**. The method of claim **13**, wherein labelled nucleoside triphosphates are added prior to (c).

**25**. The method of claim **24**, wherein the nucleoside triphosphates are deoxyribonucleotide triphosphates.

\*  \*  \*  \*  \*

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| OXFORD GENE TECHNOLOGY IP LIMITED | BIOARRAY SOLUTIONS LTD. |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
**(EXCEPT IN U.S. PLAINTIFF CASES)**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)
Richard K. Herrmann/Mary B. Matterer/Amy A. Quinlan
Morris James  LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
302-888-6800

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1  U.S. Government
      Plaintiff

☒ 3  Federal Question
      (U.S. Government Not a Party)

☐ 2  U.S. Government
      Defendant

☐ 4  Diversity
      (Indicate Citizenship of Parties
      in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)                    AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury Med. | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury – | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R. R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers | Injury Product Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | | ☐ 660 Occupational | ☒ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | 12 USC 3410 |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | | | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting | | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | & Disclosure Act | **FEDERAL TAX SUITS** | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 870 Taxes (U.S. Plaintiff | ☐ 900 Appeal of Fee Determination |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | ☐ 530 General | ☐ 740 Railway Labor Act | or Defendant) | Under Equal Access to Justice |
| ☐ 240 Torts to Land | Accommodations | ☐ 535 Death Penalty | | ☐ 871 IRS – Third Party | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 790 Other Labor Litigation | 26 USC 7609 | State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc Security Act | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Action for patent infringement under 35 U.S.C. §§ 271 et seq.

| VII. REQUESTED IN COMPLAINT: | CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint: JURY DEMAND: ☒ YES ☐ NO |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | (See instructions): | JUDGE | DOCKET NUMBER |
|---|---|---|---|

DATE                                    SIGNATURE OF ATTORNEY OF RECORD

May 28, 2008                            */s/ Richard K. Herrmann*

FOR OFFICE USE ONLY

RECEIPT# _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

## Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** **(a) Plaintiffs – Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. IN U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The bases of jurisdiction is set forth under Rule 8(a).F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below: federal question actions take precedence over diversity cases.)

**III. Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**V.** **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23.F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS-44 is used to reference related pending cases in any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.