**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| OXFORD GENE TECHNOLOGY IP LIMITED, | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No. 08- 320 |
| | ) | |
| v. | ) | |
| | ) | |
| BIOARRAY SOLUTIONS LTD., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

**PLAINTIFF OXFORD GENE TECHNOLOGY IP LIMITED'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of

record for Plaintiff certifies that Oxford Gene Technology IP Limited has no parent corporation

and no publicly-held corporation owns 10% or more of its stock.

Dated: May 29, 2008                    */s/ Richard K. Herrmann*
                                       Richard K. Herrmann #405
                                       MORRIS JAMES LLP
                                       500 Delaware Avenue, Suite 1500
                                       Wilmington, Delaware   19801-1494
                                       302-888-6800
                                       rherrmann@morrisjames.com

                                       Of Counsel:
                                       KIRKLAND & ELLIS LLP
                                       Bryan S. Hales (6243060 (IL))
                                       Adam R. Brausa (6292447 (IL))
                                       Kirkland & Ellis LLP
                                       200 East Randolph Drive
                                       Chicago, Illinois 60601
                                       Telephone:  312-861-2000
                                       Facsimile:  312-861-2200
                                       bhales@kirkland.com
                                       abrausa@kirkland.com

                                       *Counsel for Plaintiff*
                                       *Oxford Gene Technology IP Limited*