**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| OXFORD GENE TECHNOLOGY IP LIMITED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BIOARRAY SOLUTIONS LTD., ) <br> ) <br> Defendant. ) | Civil Action No. 08- 320 SLR <br><br> **JURY TRIAL DEMANDED** |

**STIPULATION AND ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel and subject to the approval of the Court, that:

(1) Counsel for Defendant Bioarray Solutions Ltd. acknowledges receipt of the Complaint for Patent Infringement filed in this matter on May 28, 2008 and, in accordance with Federal Rule of Civil Procedure 4(d), agrees to waive service of process;

(2) the time by which Defendant Bioarray Solutions Ltd. shall answer, move or otherwise respond to Plaintiff's complaint is extended to and including July 21, 2008.

| | |
|---|---|
| */s/ Richard K. Herrmann* | */s/ Jack B. Blumenfeld* |
| Richard K. Herrmann #405 | Jack B. Blumenfeld #1014 |
| Mary B. Matterer #2696 | Maryellen Noreika #3208 |
| Amy A. Quinlan #3021 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| MORRIS JAMES LLP | 1201 North Market Street |
| 500 Delaware Avenue, Suite 1500 | P.O. Box 1347 |
| Wilmington, Delaware  19801-1494 | Wilmington, DE 19899-1347 |
| (302) 888-6800 | (302) 658-9200 |
| rherrmann@morrisjames.com | jblumenfeld@mnat.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Oxford Gene Technology IP Limited* | *BioArray Solutions Ltd.* |

**SO ORDERED** this \_\_\_\_ day of _____, 2008.

_____
United States District Court Judge