IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OXFORD GENE TECHNOLOGY IP LIMITED, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 08-320 (SLR) |
| BIOARRAY SOLUTIONS LTD., | ) ) ) |
| Defendant. | ) |

### DEFENDANT'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), defendant states that it has no parent corporation and that no publicly traded corporation owns more than 10% of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Defendant BioArray Solutions Ltd.*

*Of Counsel:*

Steven Lee
Kathryn Jones
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
212.425.7200

July 21, 2008

## CERTIFICATE OF SERVICE

I, hereby certify that on July 21, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard Hermann, Esquire
>MORRIS JAMES LLP

I also certify that copies were caused to be served on July 21, 2008 upon the following in the manner indicated:

### BY ELECTRONIC MAIL and HAND DELIVERY

Richard Hermann, Esquire
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

### BY ELECTRONIC MAIL

Bryan S. Hales, Esquire
Adam R. Brausa, Esquire
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)