IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OXFORD GENE TECHNOLOGY IP LIMITED, | ) ) ) ) |
| *Plaintiff*, | ) Civil Action No. 08-320 (SLR) |
| v. | ) ) ) |
| BIOARRAY SOLUTIONS LTD., | ) ) |
| *Defendant*. | ) ) |

**PLAINTIFF'S REPLY TO
DEFENDANT BIOARRAY SOLUTIONS LTD.'S COUNTERCLAIMS**

Plaintiff/Counterclaim Defendant Oxford Gene Technology IP Limited ("Oxford Gene Technology") for its Reply to the numbered paragraphs of the Counterclaims of Defendant/Counterclaimant BioArray Solutions Ltd. ("Bioarray") hereby alleges as follows:

**COUNTERCLAIMS**

1. Admitted, upon information and belief.

2. Admitted.

3. Admitted.

4. Plaintiff/Counterclaim Defendant admits that it filed this lawsuit in this judicial district, and states that it does not contest personal jurisdiction for purposes of this matter. Otherwise denied.

5. Admitted.

## REPLY TO COUNT I

### (Declaration of Non-Infringement of the '039 Patent)

6. Plaintiff/Counterclaim Defendant restates and incorporates by reference its responses to the allegations contained in Counterclaim Paragraphs 1-5 as though set forth specifically herein.

7. Admitted.

8. Admitted.

9. Denied.

## REPLY TO COUNT II

### (Declaration of Non-Infringement of the '751 Patent)

10. Plaintiff/Counterclaim Defendant restates and incorporates by reference its responses to the allegations contained in Counterclaim Paragraphs 1-5 as though set forth specifically herein.

11. Admitted.

12. Admitted.

13. Denied.

## REPLY TO COUNT III

### (Declaration of Non-Infringement of the '707 Patent)

14. Plaintiff/Counterclaim Defendant restates and incorporates by reference its responses to the allegations contained in Counterclaim Paragraphs 1-5 as though set forth specifically herein.

15. Admitted.

16. Admitted.

17. Denied.

## REPLY TO COUNT IV

### (Declaration of Invalidity of the '039 Patent)

18. Plaintiff/Counterclaim Defendant restates and incorporates by reference its responses to the allegations contained in Counterclaim Paragraphs 1-5 as though set forth specifically herein.

19. Admitted.

20. Admitted.

21. Denied.

## REPLY TO COUNT V

### (Declaration of Invalidity of the '751 Patent)

22. Plaintiff/Counterclaim Defendant restates and incorporates by reference its responses to the allegations contained in Counterclaim Paragraphs 1-5 as though set forth specifically herein.

23. Admitted.

24. Admitted.

25. Denied.

## REPLY TO COUNT VI

### (Declaration of Invalidity on the '707 Patent)

26. Plaintiff/Counterclaim Defendant restates and incorporates by reference its responses to the allegations contained in Counterclaim Paragraphs 1-5 as though set forth specifically herein.

27. Admitted.

28.     Admitted.

29.     Denied.

## REPLY TO PRAYER FOR RELIEF

Wherefore, Plaintiff/Counterclaim Defendant denies that Bioarray is entitled to any relief, either as prayed for in its Counterclaims or otherwise.

Plaintiff/Counterclaim Defendant further denies each allegation contained in Bioarray's Counterclaims that was not specifically admitted, denied, or otherwise responded to in this Reply to Defendant/Counterclaimant BioArray Solutions, Ltd.'s Counterclaims.


Dated: August 11, 2008

    */s/ Richard K. Herrmann*
Richard K. Herrmann #405
Mary B. Matterer #2696
Amy Arnott Quinlan #3021
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302-888-6800
rherrmann@morrisjames.com

Of Counsel:

KIRKLAND & ELLIS LLP
Bryan S. Hales (6243060 (IL))
Adam R. Brausa (6292447 (IL))
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
Telephone:  312-861-2000
Facsimile:   312-861-2200
bhales@kirkland.com
abrausa@kirkland.com

*Counsel for Plaintiff*
*Oxford Gene Technology IP Limited*