**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| OXFORD GENE TECHNOLOGY IP LIMITED, | ) ) ) ) | |
| *Plaintiff*, | ) ) | Civil Action No. 08-320 (SLR) |
| v. | ) ) | |
| BIOARRAY SOLUTIONS LTD., | ) ) | |
| *Defendant*. | ) ) ) | |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Bryan S. Hales and Adam R. Brausa of the law firm of Kirkland & Ellis to represent Plaintiff Oxford Gene Technology IP Limited in this matter.

Dated: August 14, 2008

*/s/ Richard K. Herrmann*

Richard K. Herrmann #405
Mary B. Matterer #2696
Amy Arnott Quinlan #3021
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302-888-6800
rherrmann@morrisjames.com

*Counsel for Plaintiff Oxford Gene
Technology IP Limited*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Dated: _____          _____

Sue L. Robinson, J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Texas and Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date:  August 14, 2008

Signed: _____
Bryan S. Hales, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date:   August 11, 2008                 Signed:   _Adam Brausa_

Adam R. Brausa, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000